EXHIBIT  A



**POLICE DEPARTMENT**
License Division – Incident Section
One Police Plaza, Room 110A
New York, NY 10038

Date: 4/28/2016
License(s):
RS 0020149928

YISSACHAR SUGAR
1334 CARROLL STREET
BROOKLYN, NY 11213

Mr. SUGAR,

This letter is to advise you that your license is suspended for the following reason:
Pending police investigation

**YOU ARE HEREBY DIRECTED TO IMMEDIATELY:**

1. Surrender any and <u>all firearms</u> at your local Precinct pending the conclusion of the investigation of the above incident by the License Division.
2. Forward your license and/or permit to the License Division at the above address.
3. Forward a copy of the **Property Clerk's Invoice** showing surrender of the firearms to the License Division at the above address.
4. Forward a notarized letter to the License Division at the above address explaining the facts and circumstances surrounding your incident. If you would like to contest the interim suspension of your license, please include the reasons why your interim suspension should be lifted. Your letter will be considered in determining whether the interim suspension should be lifted, and will also be used in the License Division's investigation and its determination of whether to reinstate, suspend for a defined period or revoke your license.
5. Telephone and speak with the investigator named below who is assigned to your case.
6. If you were arrested, you must forward to the License Division at the above address proof that the criminal charges have been terminated (an **original Certificate of Disposition** from the court or a letter from the **District Attorney declining prosecution**). If applicable, you must also forward a Certificate of Relief from Disability.

The License Division will conduct an investigation into the facts and circumstances of the incident. The Commanding Officer of the License Division will make a determination as to whether your license, permit and/or Special Patrolman designation will be *continued, suspended for a defined period*, or *revoked* based upon the results of the investigation. You will be notified in writing of the results of that determination.

*The Investigator assigned to your case is Sergeant Matthew Sheehan* who can be reached at (718) 741-8438. During the course of your suspension you must immediately notify your investigator regarding any arrest or order of protection that involves you. Please note: all of your notification obligations continue during your suspension.

POSSESSION OF AN UNLICENSED FIREARM IS A CRIME. FAILURE TO IMMEDIATELY SURRENDER YOUR FIREARM(S) MAY RESULT IN YOUR ARREST, AND FAILURE TO COMPLY WITH ANY OF THE ABOVE-MENTIONED DIRECTIVES MAY RESULT IN PERMANENT REVOCATION OF YOUR LICENSE.

Authority,

Commanding Officer
License Division

**COURTESY • PROFESSIONALISM • RESPECT**
Website: http://nyc.gov/nypd

# EXHIBIT  B

 **NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM

**Property Clerk Invoice**
PD 521-141(Rev. 11/09)



Invoice No. **3000660267**

## NOTICE TO PERSONS FROM WHOM PROPERTY HAS BEEN REMOVED BY THE POLICE DEPARTMENT

The person from whose possession property was taken should retain and safeguard the invoice. The New York City Police Department can change the Invoice Category without further notice. In order to obtain the return of property, the claimant or a representative authorized by a notarized letter to claim the property will be required to submit, in person or by mail, the Invoice and proper identification (one (1) government issued photo identification plus at least one (1) non-photo identification) to the office of the Property Clerk. A claimant demanding the return of property other than Arrest Evidence, DNA Evidence or Forfeiture does not require a District Attorney's Release and may make such demand whether or not criminal proceedings have been instituted and, if instituted, whether or not such proceedings have been terminated.

## ARREST EVIDENCE/DNA EVIDENCE/FORFEITURE

The property may be disposed of by the Property Clerk according to law, unless the claimant demands the property no later than 120 days after the termination of criminal proceedings. A claimant demanding the return of arrest evidence/DNA evidence/forfeiture from the Property Clerk should obtain, before making a demand, either a District Attorney's Release or a supervising District Attorney's statement refusing to grant a release. Presentation of either or both of these documents to the Property Clerk is NOT required for making a timely demand. If a demand for the property is made without a District Attorney's Release or a supervising District Attorney's statement, the claimant shall have 270 days from the date of demand to obtain a District Attorney's Release or a Supervising District Attorney's statement refusing to grant a release. If a release or a statement refusing to grant a release is not provided to the Property clerk within 270 days of the date of demand, the property may be disposed of according to law. If a claimant timely provides the Property clerk with a District Attorney's statement refusing to grant a release, the claimant must, when the District Attorney no longer needs the property, obtain and submit a District Attorney's Release to the Police Department. Forfeiture property may additionally require a Civil Enforcement Release prior to release.

## INVESTIGATORY/DNA INVESTIGATORY

Investigatory property is disposed of after one (1) year, unless otherwise requested by the investigating officer.

## DECEDENT'S PROPERTY

*LETTERS TESTAMENTARY* or *LETTERS OF ADMINISTRATION* obtained from the Surrogate Court of the decedent's county of residence are required for release.

## FOUND PROPERTY

Pursuant to law, found property will be held for the following periods of time (unless sooner delivered to owner):
    a. Property having a value of less than $100 --- 3 months
    b. Property having a value of $100 but less than $500 --- 6 months
    c. Property having a value of $500 but less than $5000 --- 1 year
    d. Property having a value of $5000 or more --- 3 years

## SAFEKEEPING

Property held for Safekeeping must be claimed within 120 days from the date it was invoiced. After 120 days, property will be disposed of as per applicable NYC Law. All firearms, rifles, and shotguns, invoiced for safekeeping must be reclaimed by the owner within one (1) year of the date of invoice. After the expiration of one (1) year, the firearm, rifle, or shotgun will be disposed of by the Property Clerk pursuant to law, without further notice.

## PEDDLER PROPERTY

Peddler property that is deemed trademark counterfeit, and classified found/abandoned property will be destroyed on intake. All other Peddler Property is held for a period of 90 days. A claimant that demands the return of his/her peddler property must obtain a letter from the NYPD Law department stating the property can be released and:
    a. A claimant that was issued an Environmental Control Board summons must obtain a decision and order sheet from ECB.
    b. A claimant that was issued a Criminal Court summons or was arrested must obtain a court disposition sheet in order to obtain his/her peddler property.

Please bring this receipt with you when you are notified to appear to claim the property. For information concerning property which you delivered to this Department, please call the Property Clerk's office in the borough in which the property was turned in.
The Property Clerk offices are located at:

| | | |
|---|---|---|
| **MANHATTAN** | 1 Police Plaza | **646-610-5906** |
| **BRONX** | 215 East 161 St. | **718-590-2806** |
| **BROOKLYN** | 11 Front Street | **718-624-5364** |
| **QUEENS** | 47-08 Austell Place | **718-433-2678** |
| **STATEN ISLAND** | 1 Edgewater Plaza | **718-876-8413** |
| **PEARSON PLACE WAREHOUSE** | 47-15 Pearson Place | **718-381-1021** |

*Bank Cards/Checks will only be issued between the hours of 9:00 AM and 2:30 PM

If vehicle is involved, contact the following:
    **SPRINGFIELD GARDENS AUTO POUND**    174-20 North Boundary Road, Queens, NY    **718-553-9555**
For more information visit the Property Clerk Division's website:
http://www.nyc.gov/html/nypd/html/property_clerk/property_clerk.shtml



Invoice No. **3000660267**

PCD Storage No. ---

**Prisoner / Finder / Owner Copy**
printed: 05/02/2016 20:19

Page No. **3** of **4**

 

**NYPD PETS** Sistema de Seguimiento De Propiedad y Evidencia
**Factura del Oficial de Propiedad**
PD 521-141(Rev.11/09)

No. de Factura **3000660267**

## AVISO A LAS PERSONAS CUYOS BIENES HAN SIDO CONFISCADOS POR EL DEPARTAMENTO DE POLICÍA

La persona a quien se le ha confiscado un bien debe guardar y proteger esta factura. El departamento de policía de la ciudad de Nueva York puede cambiar la categoría de esta factura sin previo aviso. Con el fin de obtener la devolución de bienes, se requerirá que el demandante o representante autorizado por una **carta notarizada**, presente, en persona, o por correo la factura y la **identificación apropiada** (una (1) identificación con foto expedida por el gobierno, además de por lo menos una (1) identificación sin foto) al Oficial de Propiedad. El demandante exigiendo la devolución de bienes que no sean pruebas de arresto, pruebas de ADN o decomiso, no necesita un Comunicado del Fiscal del Distrito y puede hacer esta demanda si se ha o no iniciado un proceso penal, y si se iniciaron, tales procedimientos han concluido.

## PRUEBA DE ARRESTO, PRUEBA DE ADN/ DECOMISO

El Oficial de Propiedad puede desechar la propiedad de acuerdo a la ley, a menos que el demandante exija la propiedad no más tarde de 120 días después de la culminación del proceso penal. El demandante exigiendo la devolución de pruebas de arresto, pruebas de ADN o decomiso del Oficial de Propiedad, debe obtener previamente un Comunicado del Fiscal del Distrito o una Declaración del Supervisor de la Fiscalía Distrital negándose a otorgar la entrega. Para hacer una demanda puntual, no se requiere la presentación de uno o ambos documentos al Oficial de Propiedad. Si la demanda de propiedad se hace sin un Comunicado del Fiscal del Distrito o una Declaración del Supervisor de la Fiscalía Distrital, el demandante tendrá 270 días a partir de la fecha que se hizo la demanda para obtener un Comunicado del Fiscal del Distrito o una Declaración del Supervisor de la Fiscalía Distrital negándose a otorgar la entrega. Si la comunicación o la declaración negándose a otorgar la entrega no son proporcionadas al Oficial de Propiedad dentro de 270 días a partir de la fecha que se hizo la demanda, la propiedad podrá ser destruida como lo estipula la ley. Si el demandante provee puntualmente al Oficial de Propiedad con un Comunicado del Fiscal del Distrito negándose a otorgar la entrega, y el fiscal del distrito ya no necesita de la propiedad; el demandante debe, obtener y proveer al departamento de policía con un Comunicado del Fiscal del Distrito; la propiedad decomisada puede que adicionalmente requiera de un Comunicado de Ejecución Civil, antes de ser entregada.

## INVESTIGACIÓN / INVESTIGACIÓN DE ADN

La Propiedad de Investigación se destruirá después de (1) un año, a menos que la solicite el oficial investigador.

## PROPIEDAD DEL DIFUNTO

Para la entrega de propiedad se requieren Cartas Testamentarias o Cartas de Administración obtenidas en el Tribunal Testamentario del condado de residencia del difunto.

## PROPIEDAD ENCONTRADA

De acuerdo a la ley, propiedad encontrada se retendrá por los siguientes periodos de tiempo (a menos que se le entrego anteriormente al propietario):
 a. Propiedad con un valor de menos de $100 --- 3 meses
 b. Propiedad con un valor de $100 pero menos de $500 ---6 meses
 c. Propiedad con un valor de $500 pero menos de $5,000 --- 1 año
 d. Propiedad con un valor de $5,000 o más --- 3 años

## CUSTODIA

Propiedad retenida como Custodia debe reclamarse dentro de 120 días a partir de la fecha de facturación. Después de los 120 días, la propiedad se destruirá de acuerdo a la ley de NYC aplicable. Todas las armas de fuego, rifles y escopetas facturadas como para su custodia deben ser reclamadas por el propietario dentro de un (1) año a partir de la fecha de facturación. Después de un (1) año de vencimiento, el arma de fuego, rifle o escopeta serán destruidos por el Oficial de Propiedad de acuerdo a la ley, sin previo aviso.

## PROPIEDAD DE VENDEDOR AMBULANTE

La propiedad del vendedor ambulante que se considera de marca falsificada, y se clasifico como propiedad encontrada/abandonada será destruida al ingreso. Cualquier otra propiedad del vendedor ambulante se mantendrá por un periodo de 90 días. El demandante que exija la devolución de su propiedad de vendedor ambulante debe obtener una carta del Departamento Jurídico del NYPD estableciendo que la propiedad puede ser entregada, y:
 a. El demandante que haya recibido una citación de la Junta de Control Ambiental debe obtener una orden de pedido y decisión del ECB.
 b. El demandante que haya recibido una citación del tribunal criminal o ha sido arrestado, debe obtener una hoja de decisión del tribunal con el fin de obtener su propiedad de vendedor ambulante.

---

Por favor traiga este recibo con usted cuando sea notificado a presentarse a reclamar la propiedad. Para información relacionada a la propiedad que usted le entrego a este Departamento; por favor llame a la oficina del Oficial de Propiedad del distrito en la cual la propiedad fue entregada. La oficina del Oficial de Propiedad se encuentran en:

| | | |
|---|---|---|
| MANHATTAN | 1 Police Plaza | 646-610-5906 |
| BRONX | 215 East 161 St. | 718-590-2806 |
| BROOKLYN | 11 Front Street | 718-624-5364 |
| QUEENS | 47-08 Austell Place | 718-433-2678 |
| STATEN ISLAND | 1 Edgewater Plaza | 718-876-8413 |
| PEARSON PLACE WAREHOUSE | 47-15 Pearson Place | 718-361-1021 |

*Tarjetas bancarias / cheques solamente serán provedios durante las horas de 9:00 AM a 2:30 PM

Si un vehiculo está implicado, contacte al siguiente:
SPRINGFIELD GARDENS AUTO POUND    174-20 North Boundary Road, Queens, NY    718-553-9555
Para más información visita el sitio en la red de la División del Oficial de Propiedad al:
http://www.nyc.gov/html/nypd/html/property_clerk/property_clerk.shtml

No. de almacenamiento del PCD --

No. de Factura **3000660267**

Prisionero/ Hallador / Copia del Propietario
Impreso: 05/02/2016 20:19

Pagina No. 4 of 4

 

**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)

Invoice No. **3000660272**

| Invoicing Command | | | | | | Invoice Status |
|---|---|---|---|---|---|---|
| **71ST PCT.** | | | | | | **OPEN** |

| Invoice Date | Property Type | | | | | Property Category |
|---|---|---|---|---|---|---|
| **05/02/2016** | **FIREARM** | | | | | **SAFEKEEPING** |

| Officers | Rank | Name | Tax No. | Command | | |
|---|---|---|---|---|---|---|
| Invoicing | | | 955737 | 71ST PRECINCT | OCME. EU No. | |
| Arresting | | | | | OCME. FB No. | |
| Investigating | | | 931211 | IAB | Police Lab Evid. Ctrl. No. | |
| Det Squad Supervisor | | | | | Det Sqd. Case No. | **N/A** |
| CSU/ECT Processing | | | | | CSU/ECT, Run No. | **N/A** |

| Item | Total QTY | Article(s) | PETS No. | Pkg QTY | Disposition |
|---|---|---|---|---|---|
| 1 | 1 | **PISTOL** | 1202680356 | 1 | |
| | | MAKE: GLOCK INC MODEL: 19 GEN3 CALIBER: 9MM | | | |
| | | FIREARM COLOR: BLACK SERIAL NO. EXISTS: YES | | | |
| | | SERIAL NO.: WCG025 LICENSE ACTIVE: NO | | | |
| | | LICENSEE FIRST NAME: YISSACHAR | | | |
| | | LICENSEE LAST NAME: SUGAR | | | |
| | | LICENSEE HOUSE NUMBER: 1334 | | | |
| | | LICENSEE STREET: CARROLL STREET | | | |
| | | LICENSEE CITY: BROOKLYN | | | |
| | | LICENSEE POST CODE: 11213 | | | |
| 2 | 1 | **PISTOL** | 1202680356 | 1 | |
| | | MAKE: GLOCK INC MODEL: 26 GEN3 CALIBER: 9MM | | | |
| | | FIREARM COLOR: BLACK SERIAL NO. EXISTS: YES | | | |
| | | SERIAL NO.: VND934 LICENSE ACTIVE: NO | | | |
| | | LICENSEE FIRST NAME: YISSACHAR | | | |
| | | LICENSEE LAST NAME: SUGAR | | | |
| | | LICENSEE HOUSE NUMBER: 1334 | | | |
| | | LICENSEE STREET: CARROLL STREET | | | |
| | | LICENSEE CITY: BROOKLYN | | | |
| | | LICENSEE POST CODE: 11213 | | | |

**REMARKS:**
    955737 05/02/2016 17:41 : ABOVE PROPERTY VOUCHERING AS SAFE KEEPING REGARDING LICENSE #2013111449 # 2014001450

| Date Of Incident | Penal Code/Description | Crime Classification | Related To | Receipt |
|---|---|---|---|---|
| 05/02/2016 | | | INTERNAL INVEST. | ACCEPTED |

| Prisoner(s) Name | D.O.B | Age | Address | Arrest No./Summons No. NYSID No. |
|---|---|---|---|---|



Invoice No. **3000660272**

**Prisoner / Finder / Owner Copy**
printed: 05/02/2016 20:19

PCD Storage No. ---

Page No. 1 of 4

 

**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)

Invoice No. **3000660272**

| Complaint No. | N/A |
|---|---|
| Related Comp No (s) | N/A |
| Aided/Accident No (s) | N/A |
| Related Invoice(s) | N/A |

| Approvals | Rank | Name | Tax No. | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | | | 955737 | 71ST PRECINCT | 05/02/2016 | 17:26 |
| Invoicing Officer | | | 955737 | 71ST PRECINCT | 05/02/2016 | 17:42 |
| Approved By | | | 946993 | 71ST PRECINCT | 05/02/2016 | 18:03 |

Invoice No. **3000660272**

**Prisoner / Finder / Owner Copy**
printed: 05/02/2016 20:19

PCD Storage No. ---

Page No. 2 of 4



**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)



Invoice No. **3000660272**

## NOTICE TO PERSONS FROM WHOM PROPERTY HAS BEEN REMOVED BY THE POLICE DEPARTMENT

The person from whose possession property was taken should retain and safeguard the invoice. The New York City Police Department can change the Invoice Category without further notice. In order to obtain the return of property, the claimant or a representative authorized by a notarized letter to claim the property will be required to submit, in person or by mail, the invoice and proper identification (one (1) government issued photo identification plus at least one (1) non-photo identification) to the office of the Property Clerk. A claimant demanding the return of property other than Arrest Evidence, DNA Evidence or Forfeiture does not require a District Attorney's Release and may make such demand whether or not criminal proceedings have been instituted and, if instituted, whether or not such proceedings have been terminated.

## ARREST EVIDENCE/DNA EVIDENCE/FORFEITURE

The property may be disposed of by the Property Clerk according to law, unless the claimant demands the property no later than 120 days after the termination of criminal proceedings. A claimant demanding the return of arrest evidence/DNA evidence/forfeiture from the Property Clerk should obtain, before making a demand, either a District Attorney's Release or a supervising District Attorney's statement refusing to grant a release. Presentation of either or both of these documents to the Property Clerk is NOT required for making a timely demand. If a demand for the property is made without a District Attorney's Release or a supervising District Attorney's statement, the claimant shall have 270 days from the date of demand to obtain a District Attorney's Release or a Supervising District Attorney's statement refusing to grant a release. If a release or a statement refusing to grant a release is not provided to the Property clerk within 270 days of the date of demand, the property may be disposed of according to law. If a claimant timely provides the Property clerk with a District Attorney's statement refusing to grant a release, the claimant must, when the District Attorney no longer needs the property, obtain and submit a District Attorney's Release to the Police Department. Forfeiture property may additionally require a Civil Enforcement Release prior to release.

## INVESTIGATORY/DNA INVESTIGATORY

Investigatory property is disposed of after one (1) year, unless otherwise requested by the investigating officer.

## DECEDENT'S PROPERTY

*LETTERS TESTAMENTARY* or *LETTERS OF ADMINISTRATION* obtained from the Surrogate Court of the decedent's county of residence are required for release.

## FOUND PROPERTY

Pursuant to law, found property will be held for the following periods of time (unless sooner delivered to owner):
    a. Property having a value of less than $100 — 3 months
    b. Property having a value of $100 but less than $500 — 6 months
    c. Property having a value of $500 but less than $5000 — 1 year
    d. Property having a value of $5000 or more — 3 years

## SAFEKEEPING

Property held for Safekeeping must be claimed within 120 days from the date it was invoiced. After 120 days, property will be disposed of as per applicable NYC Law. All firearms, rifles, and shotguns, invoiced for safekeeping must be reclaimed by the owner within one (1) year of the date of invoice. After the expiration of one (1) year, the firearm, rifle, or shotgun will be disposed of by the Property Clerk pursuant to law, without further notice.

## PEDDLER PROPERTY

Peddler property that is deemed trademark counterfeit, and classified found/abandoned property will be destroyed on intake. All other Peddler Property is held for a period of 90 days. A claimant that demands the return of his/her peddler property must obtain a letter from the NYPD Law department stating the property can be released and:
    a. A claimant that was issued an Environmental Control Board summons must obtain a decision and order sheet from ECB.
    b. A claimant that was issued a Criminal Court summons or was arrested must obtain a court disposition sheet in order to obtain his/her peddler property.

---

Please bring this receipt with you when you are notified to appear to claim the property. For information concerning property which you delivered to this Department, please call the Property Clerk's office in the borough in which the property was turned in.
The Property Clerk offices are located at:

| | | |
|---|---|---|
| **MANHATTAN** | 1 Police Plaza | 646-610-5906 |
| **BRONX** | 215 East 161 St. | 718-590-2806 |
| **BROOKLYN** | 11 Front Street | 718-624-5384 |
| **QUEENS** | 47-08 Austell Place | 718-433-2678 |
| **STATEN ISLAND** | 1 Edgewater Plaza | 718-876-8413 |
| **PEARSON PLACE WAREHOUSE** | 47-15 Pearson Place | 718-361-1021 |

*Bank Cards/Checks will only be issued between the hours of 9:00 AM and 2:30 PM*

If vehicle is involved, contact the following:
    **SPRINGFIELD GARDENS AUTO POUND**    174-20 North Boundary Road, Queens, NY    718-553-9555
For more information visit the Property Clerk Division's website:
http://www.nyc.gov/html/nypd/html/property_clerk/property_clerk.shtml



Invoice No. **3000660272**

Prisoner / Finder / Owner Copy
printed: 05/02/2016 20:19

PCD Storage No. ↔



**NYPD PETS** Sistema de Seguimiento De Propiedad y Evidencia
**Factura del Oficial de Propiedad**
PD 521-141(Rev.11/09)



No. de Factura **3000660272**

## AVISO A LAS PERSONAS CUYOS BIENES HAN SIDO CONFISCADOS POR EL DEPARTAMENTO DE POLICÍA

La persona a quien se le ha confiscado un bien debe guardar y proteger esta factura. El departamento de policia de la ciudad de Nueva York puede cambiar la categoría de esta factura sin previo aviso. Con el fin de obtener la devolución de bienes, se requerirá que el demandante o representante autorizado por una **carta notarizada**, presente, en persona, o por correo la factura y la **identificación apropiada** (una (1) identificación con foto expedida por el gobierno, además de por lo menos una (1) identificación sin foto) al Oficial de Propiedad. El demandante exigiendo la devolución de bienes que no sean pruebas de arresto, pruebas de ADN o decomiso, no necesita un Comunicado del Fiscal del Distrito y puede hacer esta demanda si se ha o no iniciado un proceso penal, y si se iniciaron, tales procedimientos han concluido.

## PRUEBA DE ARRESTO, PRUEBA DE ADN/ DECOMISO

El Oficial de Propiedad puede desechar la propiedad de acuerdo a la ley, a menos que el demandante exija la propiedad no más tarde de 120 dias después de la culminación del proceso penal. El demandante exigiendo la devolución de prueba de arresto, pruebas de ADN o decomiso del Oficial de Propiedad, debe obtener previamente un Comunicado del Fiscal del Distrito o una Declaración del Supervisor de la Fiscalía Distrital negándose a otorgar la entrega. Para hacer una demanda puntual, no se requiere la presentación de uno o ambos documentos al Oficial de Propiedad. Si la demanda de propiedad se hace sin un Comunicado del Fiscal del Distrito o una Declaración del Supervisor de la Fiscalía Distrital, el demandante tendrá 270 dias a partir de la fecha que se hizo la demanda para obtener un Comunicado del Fiscal del Distrito o una Declaración del Supervisor de la Fiscalía Distrital negándose a otorgar la entrega. Si la comunicación o la declaración negándose a otorgar la entrega no son proporcionadas al Oficial de Propiedad dentro de 270 dias a partir de la fecha que se solicite la demanda, la propiedad podrá ser destruida como lo estipula la ley. Si el demandante provee puntualmente al Oficial de Propiedad con un Comunicado del Fiscal del Distrito negándose a otorgar la entrega, y el fiscal del distrito ya no necesita de la propiedad; el demandante debe, obtener y proveer al departamento de policía con un Comunicado del Fiscal del Distrito; la propiedad decomisada puede que adicionalmente requiera de un Comunicado de Ejecución Civil, antes de ser entregada.

## INVESTIGACIÓN / INVESTIGACIÓN DE ADN

La Propiedad de investigación se destruirá después de (1) un año, a menos que le solicite al oficial investigador.

## PROPIEDAD DEL DIFUNTO

Para la entrega de propiedad se requieren Cartas Testamentarias o Cartas de Administración obtenidas en el Tribunal Testamentario del condado de residencia del difunto.

## PROPIEDAD ENCONTRADA

De acuerdo a la ley, propiedad encontrada se retendrá por los siguientes periodos de tiempo (a menos que se le entrego anteriormente al propietario):
  a. Propiedad con un valor de menos de $100 --- 3 meses
  b. Propiedad con un valor de $100 pero menos de $500 ---6 meses
  c. Propiedad con un valor de $500 pero menos de $5,000 --- 1 año
  d. Propiedad con un valor de $5,000 o más — 3 años

## CUSTODIA

Propiedad retenida como Custodia debe reclamarse dentro de 120 días a partir de la fecha de facturación. Después de los 120 días, la propiedad se destruirá de acuerdo a la ley de NYC aplicable. Todas las armas de fuego, rifles y escopetas facturadas como para su custodia deben ser reclamadas por el propietario dentro de un (1) año a partir de la fecha de facturación. Después de un (1) año de vencimiento, el arma de fuego, rifle o escopeta serán destruidos por el Oficial de Propiedad de acuerdo a la ley, sin previo aviso.

## PROPIEDAD DE VENDEDOR AMBULANTE

La propiedad del vendedor ambulante que se considera de marca falsificada, y se clasifico como propiedad encontrada/abandonada será destruida al ingreso. Cualquier otra propiedad del vendedor ambulante se mantendrá por un periodo de 90 días. El demandante que exija la devolución de su propiedad de vendedor ambulante debe obtener una carta del Departamento Jurídico del NYPD estableciendo que la propiedad puede ser entregada, y:
  a. El demandante que haya recibido una citación de la Junta de Control Ambiental debe obtener una orden de pedido y decisión del ECB.
  b. El demandante que haya recibido una citación del tribunal criminal o ha sido arrestado, debe obtener una hoja de decisión del tribunal con el fin de obtener su propiedad de vendedor ambulante.

---

Por favor traiga este recibo con usted cuando sea notificado a presentarse a reclamar la propiedad. Para información relacionada a la propiedad que usted le entrego a este Departamento; por favor llame a la oficina del Oficial de Propiedad del distrito en la cual la propiedad fue entregada. La oficina del Oficial de Propiedad se encuentran en:

| | | |
|---|---|---|
| **MANHATTAN** | 1 Police Plaza | 646-610-5906 |
| **BRONX** | 215 East 161 St. | 718-590-2806 |
| **BROOKLYN** | 11 Front Street | 718-624-5364 |
| **QUEENS** | 47-08 Austell Place | 718-433-2678 |
| **STATEN ISLAND** | 1 Edgewater Plaza | 718-876-8413 |
| **PEARSON PLACE WAREHOUSE** | 47-15 Pearson Place | 718-361-1021 |

*Tarjetas bancarias / cheques solamente serán proveídas durante las horas de 9:00 AM a 2:30 PM

Si un vehículo está implicado, contacte al siguiente:
**SPRINGFIELD GARDENS AUTO POUND**     174-20 North Boundary Road, Queens, NY     718-553-9555
Para más información visite el sitio en la red de la División del Oficial de Propiedad al:
http://www.nyc.gov/html/nypd/html/property_clerk/property_clerk.shtml

No. de almacenamiento del PCD ↔

No. de Factura **3000660272**     Prisionero/ Hallador / Copia del Propietario     Pagina No. **4 of 4**
Impreso: 05/02/2016 20:19



**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)



Invoice No. **3000660267**

| Invoicing Command | | | | | Invoice Status |
|---|---|---|---|---|---|
| **71ST PCT.** | | | | | **OPEN** |

| Invoice Date | Property Type | | | Property Category |
|---|---|---|---|---|
| **05/02/2016** | **FIREARM** | | | **SAFEKEEPING** |

| Officers | Rank | Name | Tax No. | Command | | |
|---|---|---|---|---|---|---|
| Invoicing | | | 955737 | **71ST PRECINCT** | OCME. EU No. | |
| Arresting | | | | | OCME. FB No. | |
| Investigating | | | 931211 | **IAB** | Police Lab Evid. Ctrl. No. | |
| Det Squad Supervisor | | | | | Det Sqd. Case No. | **N/A** |
| CSU/ECT Processing | | | | | CSU/ECT Run No. | **N/A** |

| Item | Total QTY | Article(s) | | PETS No. | Pkg. QTY | Disposition |
|---|---|---|---|---|---|---|
| 1 | 1 | **PISTOL** | | 1202680355 | 1 | |
| | | MAKE: HECKLER AND KOCH MODEL: VP40 | | | | |
| | | CALIBER: .40 FIREARM COLOR: BLACK | | | | |
| | | SERIAL NO. EXISTS: YES SERIAL NO.: 222-008410 | | | | |
| | | LICENSE ACTIVE: YES | | | | |
| | | LICENSEE FIRST NAME: YISSACHAR | | | | |
| | | LICENSEE LAST NAME: SUGAR | | | | |
| | | LICENSEE HOUSE NUMBER: 1334 | | | | |
| | | LICENSEE STREET: CARROL STREET | | | | |
| | | LICENSEE CITY: BROOKLYN | | | | |
| | | LICENSEE POST CODE: 11213 | | | | |

**REMARKS:**
955737 05/02/2016 17:22 :  ABOVE PROPERTY VOUCHERING AS SAFE KEEPING REGARDING LICENSE #2013111449

| Date Of Incident | Penal Code/Description | | Crime Classification | Related To | | Receipt |
|---|---|---|---|---|---|---|
| **05/02/2016** | | | | **INTERNAL INVEST.** | | **ACCEPTED** |

| Prisoner(s) Name | | D.O.B | Age | Address | | Arrest No./Summons No. NYSID No |
|---|---|---|---|---|---|---|
| | | | | | | |

| Complaint No. | **N/A** | | | | |
|---|---|---|---|---|---|
| Related Comp No.(s) | **N/A** | | | | |
| Aided/Accident No.(s) | **N/A** | | | | |
| Related Invoice(s) | **N/A** | | | | |



Invoice No. **3000660267**

**Prisoner / Finder / Owner Copy**
printed: 05/02/2016 20:19

PCD Storage No. ---

Page No. 1 of 4



**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)



Invoice No. **3000660267**

| Approvals | Rank | Name | Tax No | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | | | 955737 | 71ST PRECINCT | 05/02/2016 | 17:06 |
| Invoicing Officer | | | 955737 | 71ST PRECINCT | 05/02/2016 | 17:25 |
| Approved By | | | 946993 | 71ST PRECINCT | 05/02/2016 | 17:38 |

Invoice No. **3000660267**

**Prisoner / Finder / Owner Copy**
printed: 05/02/2016 20:19

PCD Storage No. ←

Page No. 2 of 4

 

**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev 11/09)



Invoice No. **3000660278**

| Invoicing Command | | | | | Invoice Status |
|---|---|---|---|---|---|
| **71ST PCT.** | | | | | **OPEN** |
| Invoice Date | Property Type | | | | Property Category |
| **05/02/2016** | **FIREARM** | | | | **SAFEKEEPING** |

| Officers | Rank | Name | Tax No | Command | | |
|---|---|---|---|---|---|---|
| Invoicing | | | 956737 | 71ST PRECINCT | OCME, EU No. | |
| Arresting | | | | | OCME, FB No. | |
| Investigating | | | 931211 | IAB | Police Lab Evid. Ctrl. No. | |
| Det Squad Supervisor | | | | | Det Sqd. Case No. | N/A |
| CSU/ECT Processing | | | | | CSU/ECT Run No. | N/A |

| Item | Total QTY | Article(s) | | PETS No. | Pkg QTY | Disposition |
|---|---|---|---|---|---|---|
| 1 | 1 | **PISTOL** | | 1202680344 | 1 | |
| | | MAKE: SMITH & WESSON MODEL: M&P SHIELD | | | | |
| | | CALIBER: 9MM FIREARM COLOR: BLACK | | | | |
| | | SERIAL NO. EXISTS: YES SERIAL NO.: HRB6624 | | | | |
| | | LICENSE ACTIVE: NO | | | | |
| | | LICENSEE FIRST NAME: YISSACHAR | | | | |
| | | LICENSEE LAST NAME: SUGAR | | | | |
| | | LICENSEE HOUSE NUMBER: 1334 | | | | |
| | | LICENSEE STREET: CARROLL STREET | | | | |
| | | LICENSEE CITY: BROOKLYN | | | | |
| | | LICENSEE POST CODE: 11213 | | | | |
| 2 | 1 | **PISTOL** | | 1202680344 | 1 | |
| | | MAKE: BERETTA MODEL: 96A1 CALIBER: .40 | | | | |
| | | FIREARM COLOR: BLACK SERIAL NO. EXISTS: YES | | | | |
| | | SERIAL NO.: A54158M LICENSE ACTIVE: NO | | | | |
| | | LICENSEE FIRST NAME: YISSACHAR | | | | |
| | | LICENSEE LAST NAME: SUGAR | | | | |
| | | LICENSEE HOUSE NUMBER: 1334 | | | | |
| | | LICENSEE STREET: CARROLL STREET | | | | |
| | | LICENSEE CITY: BROOKLYN | | | | |
| | | LICENSEE POST CODE: 11213 | | | | |

**REMARKS:**
956737 05/02/2016 17:56 : ABOVE PROPERTY VOUCHERING AS SAFE KEEPING REGARDING LICENSE #2013111449 # 2014001450

| Date Of Incident | Penal Code/Description | | Crime Classification | Related To | | Receipt |
|---|---|---|---|---|---|---|
| 05/02/2016 | | | | INTERNAL INVEST. | | ACCEPTED |

| Prisoner(s) Name | | DOB | Age | Address | Arrest No./Summons No.  NYSID No. |
|---|---|---|---|---|---|

PCD Storage No. ---

Invoice No. **3000660278**

**Prisoner / Finder / Owner Copy**
printed: 05/02/2016 20:18

Page No. **1 of 4**

 **NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev 11/09)



Invoice No. **3000660278**

| | | | | | |
|---|---|---|---|---|---|
| Complaint No. | N/A | | | | |
| Related Comp No.(s) | N/A | | | | |
| Aided/Accident No.(s) | N/A | | | | |
| Related Invoice(s) | N/A | | | | |

| Approvals | Rank | Name | Tax No. | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | | | 955737 | 71ST PRECINCT | 05/02/2016 | 17:43 |
| Invoicing Officer | | | 955737 | 71ST PRECINCT | 05/02/2016 | 17:57 |
| Approved By | | | 946993 | 71ST PRECINCT | 05/02/2016 | 18:07 |

Invoice No. **3000660278**

**Prisoner / Finder / Owner Copy**
printed: 05/02/2016 20:18

PCD Storage No. --

Page No. 2 of 4



**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)



Invoice No **3000660278**

## NOTICE TO PERSONS FROM WHOM PROPERTY HAS BEEN REMOVED
### BY THE POLICE DEPARTMENT

The person from whose possession property was taken should retain and safeguard the invoice. The New York City Police Department can change the Invoice Category without further notice. In order to obtain the return of property, the claimant or a representative authorized by a notarized letter to claim the property will be required to submit, in person or by mail, the invoice and proper identification (one (1) government issued photo identification plus at least one (1) non-photo identification) to the office of the Property Clerk. A claimant demanding the return of property other than Arrest Evidence, DNA Evidence or Forfeiture does not require a District Attorney's Release and may make such demand whether or not criminal proceedings have been instituted and, if instituted, whether or not such proceedings have been terminated.

### ARREST EVIDENCE/DNA EVIDENCE/FORFEITURE

The property may be disposed of by the Property Clerk according to law, unless the claimant demands the property no later than 120 days after the termination of criminal proceedings. A claimant demanding the return of arrest evidence/DNA evidence/forfeiture from the Property Clerk should obtain, before making a demand, either a District Attorney's Release or a supervising District Attorney's statement refusing to grant a release. Presentation of either or both of these documents to the Property Clerk is NOT required for making a timely demand. If a demand for the property is made without a District Attorney's Release or a supervising District Attorney's statement, the claimant shall have 270 days from the date of demand to obtain a District Attorney's Release or a Supervising District Attorney's statement refusing to grant a release. If a release or a statement refusing to grant a release is not provided to the Property clerk within 270 days of the date of demand, the property may be disposed of according to law. If a claimant timely provides the Property clerk with a District Attorney's statement refusing to grant a release, the claimant must, when the District Attorney no longer needs the property, obtain and submit a District Attorney's Release to the Police Department, Forfeiture property may additionally require a Civil Enforcement Release prior to release.

### INVESTIGATORY/DNA INVESTIGATORY

Investigatory property is disposed of after one (1) year, unless otherwise requested by the investigating officer.

### DECEDENT'S PROPERTY

*LETTERS TESTAMENTARY* or *LETTERS OF ADMINISTRATION* obtained from the Surrogate Court of the decedent's county of residence are required for release.

### FOUND PROPERTY

Pursuant to law, found property will be held for the following periods of time (unless sooner delivered to owner):
a. Property having a value of less than $100 --- 3 months
b. Property having a value of $100 but less than $500 --- 6 months
c. Property having a value of $500 but less than $5000 --- 1 year
d. Property having a value of $5000 or more --- 3 years

### SAFEKEEPING

Property held for Safekeeping must be claimed within 120 days from the date it was invoiced. After 120 days, property will be disposed of as per applicable NYC Law. All firearms, rifles, and shotguns, invoiced for safekeeping must be reclaimed by the owner within one (1) year of the date of invoice. After the expiration of one (1) year, the firearm, rifle, or shotgun will be disposed of by the Property Clerk pursuant to law, without further notice.

### PEDDLER PROPERTY

Peddler property that is deemed trademark counterfeit, and classified found/abandoned property will be destroyed on intake. All other Peddler Property is held for a period of 90 days. A claimant that demands the return of his/her peddler property must obtain a letter from the NYPD Law department stating the property can be released and:
a. A claimant that was issued an Environmental Control Board summons must obtain a decision and order sheet from ECB.
b. A claimant that was issued a Criminal Court summons or was arrested must obtain a court disposition sheet in order to obtain his/her peddler property.

---

Please bring this receipt with you when you are notified to appear to claim the property. For information concerning property which you delivered to this Department, please call the Property Clerk's office in the borough in which the property was turned in.
The Property Clerk offices are located at:

| | | |
|---|---|---|
| **MANHATTAN** | 1 Police Plaza | 646-610-5906 |
| **BRONX** | 215 East 161 St. | 718-590-2806 |
| **BROOKLYN** | 11 Front Street | 718-624-5364 |
| **QUEENS** | 47-08 Austell Place | 718-433-2678 |
| **STATEN ISLAND** | 1 Edgewater Plaza | 718-876-8413 |
| **PEARSON PLACE WAREHOUSE** | 47-15 Pearson Place | 718-361-1021 |

*Bank Cards/Checks will only be issued between the hours of 9:00 AM and 2:30 PM

If vehicle is involved, contact the following:
**SPRINGFIELD GARDENS AUTO POUND**     174-20 North Boundary Road, Queens, NY     718-553-9555
For more information visit the Property Clerk Division's website:
http://www.nyc.gov/html/nypd/html/property_clerk/property_clerk.shtml

Invoice No **3000660278**

**Prisoner / Finder / Owner Copy**
printed: 05/02/2016 20:18

PCD Storage No. --

Page No **3 of 4**



NYPD **PETS** Sistema de Seguimiento De Propiedad y Evidencia
**Factura del Oficial de Propiedad**
PD 521-141(Rev.11/09)



No. de Factura **3000660278**

## AVISO A LAS PERSONAS CUYOS BIENES HAN SIDO CONFISCADOS POR EL DEPARTAMENTO DE POLICÍA

La persona a quien se le ha confiscado un bien debe guardar y proteger esta factura. El departamento de policía de la ciudad de Nueva York puede cambiar la categoría de esta factura sin previo aviso. Con el fin de obtener la devolución de bienes, se requerirá que el demandante o representante autorizado por una **carta notarizada**, presente, en persona, o por correo la factura y la **identificación apropiada** (una (1) identificación con foto expedida por el gobierno, además de por lo menos una (1) identificación sin foto) al Oficial de Propiedad. El demandante exigiendo la devolución de bienes que no sean pruebas de arresto, pruebas de ADN o decomiso, no necesita un Comunicado del Fiscal del Distrito y puede hacer esta demanda si se ha o no iniciado un proceso penal, y si se iniciaron, tales procedimientos han concluido.

## PRUEBA DE ARRESTO, PRUEBA DE ADN/ DECOMISO

El Oficial de Propiedad puede desechar la propiedad de acuerdo a la ley,a menos que el demandante exija la propiedad no más tarde de 120 días después de la culminación del proceso penal. El demandante exigiendo la devolución de pruebas de arresto, pruebas de ADN o decomiso del Oficial de Propiedad, debe obtener previamente un Comunicado del Fiscal del Distrito o una Declaración del Supervisor de la Fiscalía Distrital negándose a otorgar la entrega. Para hacer una demanda puntual, no se requiere la presentación de uno o ambos documentos al Oficial de Propiedad. Si la demanda de propiedad se hace sin un Comunicado del Fiscal del Distrito o una Declaración del Supervisor de la Fiscalía Distrital, el demandante tendrá 270 días a partir de la fecha que se hizo la demanda para obtener un Comunicado del Fiscal del Distrito o una Declaración del Supervisor de la Fiscalía Distrital negándose a otorgar la entrega. Si la comunicación o la declaración negándose a otorgar la entrega no son proporcionadas al Oficial de Propiedad dentro de 270 días a partir de la fecha en que se hizo la demanda, la propiedad podrá ser destruida como lo estipula la ley. Si el demandante provee puntualmente al Oficial de Propiedad con un Comunicado del Fiscal del Distrito negándose a otorgar la entrega, y el fiscal del distrito ya no necesita de la propiedad; el demandante debe, obtener y proveer al departamento de policía con un Comunicado del Fiscal del Distrito; la propiedad decomisada puede que adicionalmente requiera de un Comunicado de Ejecución Civil, antes de ser entregada.

## INVESTIGACIÓN / INVESTIGACIÓN DE ADN

La Propiedad de investigación se destruirá después de (1) un año, a menos que se solicite el oficial investigador.

## PROPIEDAD DEL DIFUNTO

Para la entrega de propiedad se requieren Cartas Testamentarias o Cartas de Administración obtenidas en el Tribunal Testamentario del condado de residencia del difunto.

## PROPIEDAD ENCONTRADA

De acuerdo a la ley, propiedad encontrada se retendrá por los siguientes periodos de tiempo (a menos que se le entrego anteriormente al propietario):
a. Propiedad con un valor de menos de $100 — 3 meses
b. Propiedad con un valor de $100 pero menos de $500 —6 meses
c. Propiedad con un valor de $500 pero menos de $5,000 — 1 año
d. Propiedad con un valor de $5,000 o más — 3 años

## CUSTODIA

Propiedad retenida como Custodia debe reclamarse dentro de 120 días a partir de la fecha de facturación. Después de los 120 días, la propiedad se destruirá de acuerdo a la ley de NYC aplicable. Todas las armas de fuego, rifles y escopetas facturadas como para su custodia deben ser reclamadas por el propietario dentro de un (1) año a partir de la fecha de facturación. Después de un (1) año de vencimiento, el arma de fuego, rifle o escopeta serán destruidos por el Oficial de Propiedad de acuerdo a la ley, sin previo aviso.

## PROPIEDAD DE VENDEDOR AMBULANTE

La propiedad del vendedor ambulante que se considera de marca falsificada, y se clasifico como propiedad encontrada/abandonada será destruida al ingreso. Cualquier otra propiedad del vendedor ambulante se mantendrá por un periodo de 90 días. El demandante que exija la devolución de su propiedad de vendedor ambulante debe obtener una carta del Departamento Jurídico del NYPD estableciendo la propiedad puede ser entregada, y:
a. El demandante que haya recibido una citación de la Junta de Control Ambiental debe obtener una orden de pedido y decisión del ECB.
b. El demandante que haya recibido una citación del tribunal criminal o ha sido arrestado, debe obtener una hoja de decisión del tribunal con el fin de obtener su propiedad de vendedor ambulante.

---

Por favor traiga este recibo con usted cuando sea notificado a presentarse a reclamar la propiedad. Para información relacionada a la propiedad que usted le entrego a este Departamento; por favor llame a la oficina del Oficial de Propiedad del distrito en la cual la propiedad fue entregada. La oficina del Oficial de Propiedad se encuentran en:

| | | |
|---|---|---|
| **MANHATTAN** | 1 Police Plaza | 646-610-5906 |
| **BRONX** | 215 East 161 St. | 718-590-2806 |
| **BROOKLYN** | 11 Front Street | 718-624-5364 |
| **QUEENS** | 47-08 Austell Place | 718-433-2678 |
| **STATEN ISLAND** | 1 Edgewater Plaza | 718-876-8413 |
| **PEARSON PLACE WAREHOUSE** | 47-15 Pearson Place | 718-361-1021 |

*Tarjetas bancarias / cheques solamente serán proveídos durante las horas de 9:00 AM a 2:30 PM

Si un vehículo está implicado, contacte al siguiente:
**SPRINGFIELD GARDENS AUTO POUND**    174-20 North Boundary Road, Queens, NY    718-553-9555

Para más información visite el sitio en la red de la División del Oficial de Propiedad al:
http://www.nyc.gov/html/nypd/html/property_clerk/property_clerk.shtml

No. de almacenamiento del PCD ---

No. de Factura **3000660278**

Prisionero/ Hallador / Copia del Propietario
impreso: 05/02/2016 20:18

Página No. **4 of 4**

# EXHIBIT C

# WB WINNE BANTA
## WINNE BANTA BASRALIAN & KAHN, P.C.

*Counsellors at Law*

*Serving Our Clients Since 1922*

COURT PLAZA SOUTH – EAST WING
21 MAIN STREET, SUITE 101
P.O. BOX 647
HACKENSACK, NJ 07601-0647

TELEPHONE (201) 487-3800
FACSIMILE (201) 487-8529

www.winnebanta.com

**Overnight Delivery**

NEW YORK OFFICE
488 MADISON AVENUE, 17th FLOOR
SUITE 1700
NEW YORK, NEW YORK 10022
(212) 233-2122

May 2, 2016

JOSEPH L. BASRALIAN +
ROBERT M. JACOBS
GARY S. REDISH +
RICHARD R. KAHN +
KENNETH K. LEHN /
ROBERT J. KLEEBLATT
STANLEY TURITZ
ARTHUR I. GOLDBERG +
RONALD M. ABRAMSON
MARTIN J. DEVER, JR. + *
THOMAS J. CANGIALOSI, JR. +
CAROLYN GERACI FROME
BRUCE R. ROSENBERG
RICHARD D. WOLLOCH +
MICHAEL G. STINGONE p
KHOREN BANDAZIAN +
DENNIS G. HARRAKA / x
JEFFREY L. LOVE +

PETER G. BANTA +
MARK E. LICHTBLAU +
WILLIAM F. RUPP
ALICE B. NEWMAN + ■
FRANK J. FRANZINO, JR. +
COUNSEL TO THE FIRM

CHRISTINE R. SMITH
R.N. TENDAI RICHARDS
MARLA WOLFE TAUS +
DORIS BRANDSTATTER
IAN S. KLEEBLATT
THOMAS R. McCONNELL
ROMAN VACCARI p +
LORI A. JOHNSON
MICHAEL J. COHEN +
ARIELLE GREENBAUM SAPOSH +
LINDA TOROSIAN +
ALLISON L. LEE + d m

ROBERT A. HETHERINGTON III (RET)
MATTHEW COHEN + (RET)
WALTER G. WINNE (1889-1972)
HORACE F. BANTA (1895-1985)
BRUCE F. BANTA (1932-1983)

/ CERTIFIED BY THE SUPREME COURT OF
  NEW JERSEY AS A CIVIL TRIAL ATTORNEY
+ MEMBER NEW YORK BAR ALSO
* MEMBER CONNECTICUT BAR ALSO
p MEMBER PENNSYLVANIA BAR ALSO
■ MEMBER FLORIDA BAR ALSO
d MEMBER WASHINGTON, D.C. BAR ALSO
m) MEMBER MARYLAND BAR ALSO
x R. 1:40 QUALIFIED MEDIATOR

Email address:    mcohen@winnebanta.com
Direct Dial:      201-562-1088

New York Police Department
License Division – Incident Section
One Police Plaza, Room 110A
New York, New York 10038
Attn: Sergeant Matthew Sheehan

      **Re:**    **Yissachar Sugar**
              **Firearms License Suspension**

Dear Sergeant Sheehan:

This firm represents Yissachar Sugar, who received the attached letter last Thursday. Mr. Sugar has since surrendered his firearms and licenses to the 71st Precinct for safekeeping. However, your correspondence raises more questions than it answers. It references only a single firearm license, when Mr. Sugar possesses three separate licenses (all of which have now been surrendered). The letter specifies only that Mr. Sugar's licenses are suspended "pending police investigation." However, the letter offers no further explanation and refers only cryptically to an "incident" in paragraph 4. Mr. Sugar has no knowledge of any "incident" that would give rise to the issuance of such a letter from your office. I have left two voice mail messages for you earlier today (at about 10:30 a.m. and 4:05 p.m.) requesting clarification, neither of which have been returned.

Finally, late this afternoon I spoke with Sergeant McLaughlin, of the Internal Affairs Division, who was attempting to locate Mr. Sugar at one of his store locations to confiscate his weapons and permits. She advised that Mr. Sugar is not, to her knowledge, the subject of an investigation, but could not provide more information, and said that I would need to speak with you directly. At present, Mr. Sugar lacks any substantive information as to the reason why your office issued the attached letter, the nature of the referenced police investigation and "incident," and, more broadly, the reason his weapons have been confiscated.

**WB WINNE BANTA**
WINNE BANTA BASRALIAN & KAHN, P.C.

Counsellors at Law

Sergeant Matthew Sheehan
May 2, 2016
Page 2

     Kindly contact me as soon as possible to discuss the circumstances giving rise to the suspension of Mr. Sugar's licenses so that we may ascertain what additional steps need to be taken to ensure their prompt return.

Very truly yours,

Michael J. Cohen

Cc:    Yissachar Sugar

300417_1.docx



POLICE DEPARTMENT
License Division – Incident Section
One Police Plaza, Room 110A
New York, NY 10038

Date: 4/28/2016
License(s):
RS 0020149928

YISSACHAR SUGAR
1334 CARROLL STREET
BROOKLYN, NY 11213

Mr. SUGAR,

This letter is to advise you that your license is suspended for the following reason:
    Pending police investigation

**YOU ARE HEREBY DIRECTED TO IMMEDIATELY:**

1.  Surrender any and **all firearms** at your local Precinct pending the conclusion of the investigation of the above incident by the License Division.
2.  Forward your license and/or permit to the License Division at the above address.
3.  Forward a copy of the Property Clerk's Invoice showing surrender of the firearms to the License Division at the above address.
4.  Forward a notarized letter to the License Division at the above address explaining the facts and circumstances surrounding your incident. If you would like to contest the interim suspension of your license, please include the reasons why your interim suspension should be lifted. Your letter will be considered in determining whether the interim suspension should be lifted, and will also be used in the License Division's investigation and its determination of whether to reinstate, suspend for a defined period or revoke your license.
5.  Telephone and speak with the investigator named below who is assigned to your case.
6.  If you were arrested, you must forward to the License Division at the above address proof that the criminal charges have been terminated (an original Certificate of Disposition from the court or a letter from the District Attorney declining prosecution. If applicable, you must also forward a Certificate of Relief from Disability.

The License Division will conduct an investigation into the facts and circumstances of the incident. The Commanding Officer of the License Division will make a determination as to whether your license, permit and/or Special Patrolman designation will be *continued*, *suspended for a defined period*, or *revoked* based upon the results of the investigation. You will be notified in writing of the results of that determination.

*The Investigator assigned to your case is Sergeant Matthew Sheehan* who can be reached at (718) 741-8438. During the course of your suspension you must immediately notify your investigator regarding any arrest or order of protection that involves you. Please note: all of your notification obligations continue during your suspension.

**POSSESSION OF AN UNLICENSED FIREARM IS A CRIME. FAILURE TO IMMEDIATELY SURRENDER YOUR FIREARM(S) MAY RESULT IN YOUR ARREST, AND FAILURE TO COMPLY WITH ANY OF THE ABOVE-MENTIONED DIRECTIVES MAY RESULT IN PERMANENT REVOCATION OF YOUR LICENSE.**

Authority,

Commanding Officer
License Division

COURTESY • PROFESSIONALISM • RESPECT
Website: http://nyc.gov/nypd

Case 1:16-cv-06700-KAM-JO   Document 1-1   Filed 12/02/16   Page 20 of 47 PageID #: 31



After printing this label
1 Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2 Fold the printed page along the horizontal line.
3 Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide

**Csaposs, Sandra C.**

| | |
|---|---|
| **From:** | trackingupdates@fedex.com |
| **Sent:** | Tuesday, May 03, 2016 10:58 AM |
| **To:** | Csaposs, Sandra C. |
| **Subject:** | FedEx Shipment 776245215014 Delivered |

# Your package has been delivered

## Tracking # 776245215014

| Ship date: | | Delivery date: |
|---|---|---|
| **Mon, 5/2/2016** | | **Tue, 5/3/2016 10:48 am** |
| Sandra Csaposs | | **Sgt Matthew Sheenan** |
| Winne Banta | | NY Police Dept - License Div- |
| Hackensack, NJ 07601 | **Delivered** | Incide |
| US | | One Police Plaza - Room 110A |
| | | NEW YORK CITY, NY 10038 |
| | | US |

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| Tracking number: | 776245215014 |
| Status: | Delivered: 05/03/2016 10:48 AM Signed for By: E.YATES |
| Department number: | 02 |
| Reference: | 6057 |
| Signed for by: | E.YATES |
| Delivery location: | NEW YORK CITY, NY |
| Delivered to: | Mailroom |
| Service type: | FedEx Standard Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Deliver Weekday |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:58 AM CDT on 05/03/2016.

To learn more about FedEx Express, please go to fedex.com

All weights are estimated.

EXHIBIT  D

# WB WINNE BANTA
### WINNE BANTA BASRALIAN & KAHN, P.C.

Counsellors at Law

*Serving Our Clients Since 1922*

COURT PLAZA SOUTH – EAST WING
21 MAIN STREET, SUITE 101
P.O. BOX 647
HACKENSACK, NJ 07601-0647

TELEPHONE (201) 487-3800
FACSIMILE (201) 487-8529

**Overnight Delivery**

www.winnebanta.com

NEW YORK OFFICE
488 MADISON AVENUE, 17th FLOOR
SUITE 1700
NEW YORK, NEW YORK 10022
(212) 233-2122

May 17, 2016

JOSEPH L. BASRALIAN +
ROBERT M. JACOBS
GARY S. REDISH +
RICHARD R. KAHN +
KENNETH K. LEHN /
ROBERT J. KLEEBLATT
STANLEY TURITZ
ARTHUR I. GOLDBERG +
RONALD M. ABRAMSON
MARTIN J. DEVER, JR. + *
THOMAS J. CANGIALOSI, JR. +
CAROLYN GERACI FROME
BRUCE R. ROSENBERG
RICHARD D. WOLLOCH +
MICHAEL G. STINGONE p
KHOREN BANDAZIAN +
DENNIS G. HARRAKA / x
JEFFREY L. LOVE +

PETER G. BANTA +
MARK E. LICHTBLAU +
WILLIAM F. RUPP
ALICE B. NEWMAN + ■
FRANK J. FRANZINO, JR. +
COUNSEL TO THE FIRM

CHRISTINE R. SMITH
R.N. TENDAI RICHARDS
MARLA WOLFE TAUS +
DORIS BRANDSTATTER
IAN S. KLEEBLATT
THOMAS R. McCONNELL
ROMAN VACCARI p +
LORI A. JOHNSON
MICHAEL J. COHEN +
ARIELLE GREENBAUM SAPOSH +
LINDA TOROSIAN +
ALLISON L. LEE + d m

ROBERT A. HETHERINGTON III (RET)
MATTHEW COHEN + (RET)
WALTER G. WINNE (1889-1972)
HORACE F. BANTA (1895-1985)
BRUCE F. BANTA (1932-1983)

/ CERTIFIED BY THE SUPREME COURT OF
  NEW JERSEY AS A CIVIL TRIAL ATTORNEY
+ MEMBER NEW YORK BAR ALSO
* MEMBER CONNECTICUT BAR ALSO
p MEMBER PENNSYLVANIA BAR ALSO
■ MEMBER FLORIDA BAR ALSO
d MEMBER WASHINGTON, D.C. BAR ALSO
m MEMBER MARYLAND BAR ALSO
x R. 1:40 QUALIFIED MEDIATOR

Email address:    mcohen@winnebanta.com
Direct Dial:      201-562-1088

New York Police Department
License Division – Incident Section
One Police Plaza, Room 110A
New York, New York 10038
Attn: Sergeant Matthew Sheehan

### Re:    Yissachar Sugar
###        Firearms License Suspension

Dear Sergeant Sheehan:

This firm represents Yissachar Sugar. I previously wrote to you on May 2, 2016. A copy of that letter is attached hereto. On May 2, 2016, Mr. Sugar surrendered his firearms and licenses to the 71st Precinct for safe keeping in accordance with the directive issued by the New York Police Department License Division – Incident Section on April 28, 2016. In my May 2nd letter, I raised a number of questions and inconsistencies in the April 28th directive, including that it references only a single firearm license when Mr. Sugar possesses multiple licenses (all of which have now been surrendered), and that the directive refers cryptically to an "incident" in paragraph 4 which is never fully explained. Mr. Sugar has no knowledge of any "incident" that would give rise to the issuance of such a directive from your office.

Despite multiple voicemails and letters, I have not heard back from you with an explanation as to the circumstances giving rise to the suspension of Mr. Sugar's licenses. My client is entitled to that courtesy. Accordingly, please contact me as soon as possible to discuss the foregoing and, so that we may ascertain what additional steps need to be taken to ensure the prompt return of Mr. Sugar's licenses and firearms.

# WINNE BANTA
WINNE BANTA BASRALIAN & KAHN, P.C.

Counsellors at Law

Sergeant Matthew Sheehan
May 2, 2016
Page 2

Thank you for your anticipated cooperation.

Very truly yours,

Michael J. Cohen

MJC/ft
Enclosure
cc:    Yissachar Sugar (w/enc.)

**FedEx.**   Shipment Receipt

## Address Information

**Ship to:**
Sergeant Matthew Sheehan
New York Police Department
License Division - Incident
Section
One Police Plaza, Room
110A
NEW YORK,  NY
10038
US
2015621088

**Ship from:**
Michael J. Cohen, Esq.
Winne Banta
21 Main Street

Suite 101

Hackensack,  NJ
07601
US
2015621088

## Shipment Information:
Tracking no.: 783111699100
Ship date: 05/17/2016
Estimated shipping charges:  0.00

## Package Information
Pricing option: FedEx Standard Rate
Service type: Standard Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 1   LBS
Declared Value: 0.00  USD
Special Services: Adult signature required
Pickup/Drop-off: Use an already scheduled pickup at my location

## Billing Information:
Bill transportation to: Winne Banta-368
Your reference:  8561-1
P.O. no.:
Invoice no.:
Department no.: 8561-1

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

## Please Note

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

# EXHIBIT E



# WINNE BANTA[38]
## WINNE BANTA BASRALIAN & KAHN, P.C.

*Counsellors at Law*

*Serving Our Clients Since 1922*

COURT PLAZA SOUTH – EAST WING
21 MAIN STREET, SUITE 101
P.O. BOX 647
HACKENSACK, NJ 07601-0647

TELEPHONE (201) 487-3800
FACSIMILE (201) 487-8529

www.winnebanta.com

**Overnight Delivery**

NEW YORK OFFICE
488 MADISON AVENUE, 17th FLOOR
SUITE 1700
NEW YORK, NEW YORK 10022
(212) 233-2122

June 3, 2016

JOSEPH L. BASRALIAN +
ROBERT M. JACOBS
GARY S. REDISH +
RICHARD R. KAHN +
KENNETH K. LEHN  /
ROBERT J. KLEEBLATT
STANLEY TURITZ
ARTHUR I. GOLDBERG +
RONALD M. ABRAMSON
MARTIN J. DEVER, JR. + *
THOMAS J. CANGIALOSI, JR. +
CAROLYN GERACI FROME
BRUCE R. ROSENBERG
RICHARD D. WOLLOCH +
MICHAEL G. STINGONE p
KHOREN BANDAZIAN +
DENNIS G. HARRAKA / x
JEFFREY L. LOVE +

PETER G. BANTA +
MARK E. LICHTBLAU +
WILLIAM F. RUPP
ALICE B. NEWMAN + ▣
FRANK J. FRANZINO, JR. +
COUNSEL TO THE FIRM

CHRISTINE R. SMITH
R N. TENDAI RICHARDS
MARLA WOLFE TAUS +
DORIS BRANDSTATTER
IAN S. KLEEBLATT
THOMAS R. McCONNELL
ROMAN VACCARI p +
LORI A. JOHNSON
MICHAEL J. COHEN +
ARIELLE GREENBAUM SAPOSH +
LINDA TOROSIAN +
ALLISON L. LEE + d ▩

ROBERT A. HETHERINGTON III (RET)
MATTHEW COHEN + (RET)
WALTER G. WINNE (1889-1972)
HORACE F. BANTA (1895-1985)
BRUCE F. BANTA (1932-1983)

/  CERTIFIED BY THE SUPREME COURT OF
   NEW JERSEY AS A CIVIL TRIAL ATTORNEY
+  MEMBER NEW YORK BAR ALSO
*  MEMBER CONNECTICUT BAR ALSO
p  MEMBER PENNSYLVANIA BAR ALSO
▣  MEMBER FLORIDA BAR ALSO
d  MEMBER WASHINGTON, D C. BAR ALSO
▩  MEMBER MARYLAND BAR ALSO
x  R. 1:40 QUALIFIED MEDIATOR

Email address:    mcohen@winnebanta.com
Direct Dial:      201-562-1088

New York Police Department
License Division – Incident Section
One Police Plaza, Room 110A
New York, New York 10038

> **Re:    Yissachar Sugar**
> **Firearms License Suspension**
> **Invoice Nos.: 3000660267, 3000660272, and 3000660278**

Dear Sir/Madam:

This firm represents Yissachar Sugar.  On April 28, 2016, Mr. Sugar received the attached surrender letter from the New York Police Department License Division- Incident Section ("Surrender Letter").  Mr. Sugar has since surrendered his firearms and licenses to the 71st Precinct for safekeeping. Pursuant to paragraph 3 of the Surrender Letter, a copy of the Property Clerk's Invoice showing the surrender of the firearms is attached hereto.

As I indicated in two previous letters (dated May 2 and May 17, 2016 and also attached hereto) to the assigned investigator, Sergeant Sheehan, the Surrender Letter references only a single firearm license while Mr. Sugar possesses three separate licenses.  All three licenses and firearms have been surrendered. Furthermore, the Surrender Letter states that Mr. Sugar's licenses are suspended "pending police investigation."  However, it offers no further explanation and refers only to an "incident" in paragraph 4. Mr. Sugar has no knowledge of any "incident" that would give rise to the issuance of such Surrender Letter from your office.  Notwithstanding Mr. Sugar's lack of knowledge of any "incident" and my two prior written requests for further information going unanswered, I write this notarized letter, in accordance with paragraph 4 of the Surrender Letter, contesting the interim suspension of Mr. Sugar's licenses.

Mr. Sugar is the owner of Kingston Check Cashing Corp., which operates a series of check cashing facilities.  The operation of those facilities requires Mr. Sugar to carry large amounts of cash, which he regularly transports to the various business locations.  As such, his firearms licenses are of the upmost

303257_1.docx

*NEW YORK*          *FLORIDA*

# WB WINNE BANTA
### WINNE BANTA BASRALIAN & KAHN, P.C.

Counsellors at Law

New York Police Department
License Division – Incident Section
June 3, 2016
Page 2

importance to Mr. Sugar. They are critical to ensure his personal safety and the safety of his employees and customers. Critically, Mr. Sugar has never been convicted of a crime. He also holds firearms licenses in other states, including Utah and New Jersey. None of those licenses have ever been revoked or suspended for any reason.

In an attempt to comply with paragraph 5 of the Surrender Letter, I have left four voice mail messages for Sergeant Sheehan requesting clarification, none of which have been returned. On May 2nd, I was able to contact Sergeant McLaughlin of the Internal Affairs Division who advised that Mr. Sugar is not, to her knowledge, the subject of an investigation, but could not provide more information and stated that I would need to speak with Sergeant Sheehan directly.

Despite multiple voicemails and letters, and Mr. Sugar's efforts to comply with the directives of the Surrender Letter, I have not heard back from Sergeant Sheehan with an explanation as to the circumstances giving rise to the suspension of Mr. Sugar's licenses. We look forward to the results of the Commanding Officer of the License Division's determination and the prompt return of Mr. Sugar's licenses.

Very truly yours,

Michael J. Cohen

Enclosures
cc:   Yissachar Sugar (w/enc.)

Sworn to before me this
3rd day of June, 2016

NOTARY PUBLIC
DEBRA M. LEE
A Notary Public of New Jersey
My Commission Expires April 16, 2018

303257_1.docx



**POLICE DEPARTMENT**

License Division – Incident Section
One Police Plaza, Room 110A
New York, NY 10038

Date: 4/28/2016
License(s):
RS 0020149928

YISSACHAR SUGAR
1334 CARROLL STREET
BROOKLYN, NY 11213

Mr. SUGAR,

This letter is to advise you that your license is suspended for the following reason:
Pending police investigation

**YOU ARE HEREBY DIRECTED TO IMMEDIATELY:**

1. Surrender any and **all firearms** at your local Precinct pending the conclusion of the investigation of the above incident by the License Division.
2. Forward your license and/or permit to the License Division at the above address.
3. Forward a copy of the Property Clerk's Invoice showing surrender of the firearms to the License Division at the above address.
4. Forward a notarized letter to the License Division at the above address explaining the facts and circumstances surrounding your **incident**. If you would like to contest the interim suspension of your license, please include the reasons why your interim suspension should be lifted. Your letter will be considered in determining whether the interim suspension should be lifted, and will also be used in the License Division's investigation and its determination of whether to reinstate, suspend for a defined period or revoke your license.
5. Telephone and speak with the investigator named below who is assigned to your case.
6. If you were arrested, you must forward to the License Division at the above address proof that the criminal charges have been terminated (an original Certificate of Disposition from the court or a letter from the District Attorney declining prosecution). If applicable, you must also forward a Certificate of Relief from Disability.

The License Division will conduct an investigation into the facts and circumstances of the incident. The Commanding Officer of the License Division will make a determination as to whether your license, permit and/or Special Patrolman designation will be *continued, suspended for a defined period*, or *revoked* based upon the results of the investigation. You will be notified in writing of the results of that determination.

*The Investigator assigned to your case is Sergeant Matthew Sheehan* who can be reached at (718) 741-8438. During the course of your suspension you must immediately notify your investigator regarding any arrest or order of protection that involves you. Please note: all of your notification obligations continue during your suspension.

**POSSESSION OF AN UNLICENSED FIREARM IS A CRIME. FAILURE TO IMMEDIATELY SURRENDER YOUR FIREARM(S) MAY RESULT IN YOUR ARREST, AND FAILURE TO COMPLY WITH ANY OF THE ABOVE-MENTIONED DIRECTIVES MAY RESULT IN PERMANENT REVOCATION OF YOUR LICENSE.**

Authority,

Commanding Officer
License Division

COURTESY  •  PROFESSIONALISM  •  RESPECT
Website: http://nyc.gov/nypd

 **NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)

 Invoice No. **3000660267**

| Invoicing Command | | | | | | Invoice Status | |
|---|---|---|---|---|---|---|---|
| **71ST PCT.** | | | | | | **OPEN** | |

| Invoice Date | Property Type | | | | Property Category | |
|---|---|---|---|---|---|---|
| **05/02/2016** | **FIREARM** | | | | **SAFEKEEPING** | |

| Officers | Rank | Name | Tax No. | Command | | |
|---|---|---|---|---|---|---|
| Invoicing | | | 955737 | 71ST PRECINCT | OCME. EU No. | |
| Arresting | | | | | OCME. FB No. | |
| Investigating | | | 931211 | IAB | Police Lab Evid. Ctrl. No. | |
| Det Squad Supervisor | | | | | Det Sqd. Case No. | N/A |
| CSU/ECT Processing | | | | | CSU/ECT Run No. | N/A |

| Item | Total QTY | Article(s) | | PETS No. | Pkg. QTY | Disposition |
|---|---|---|---|---|---|---|
| 1 | 1 | **PISTOL** | | 1202680355 | 1 | |
| | | MAKE: HECKLER AND KOCH MODEL: VP40 | | | | |
| | | CALIBER: .40 FIREARM COLOR: BLACK | | | | |
| | | SERIAL NO. EXISTS: YES SERIAL NO.: 222-008410 | | | | |
| | | LICENSE ACTIVE: YES | | | | |
| | | LICENSEE FIRST NAME: YISSACHAR | | | | |
| | | LICENSEE LAST NAME: SUGAR | | | | |
| | | LICENSEE HOUSE NUMBER: 1334 | | | | |
| | | LICENSEE STREET: CARROL STREET | | | | |
| | | LICENSEE CITY: BROOKLYN | | | | |
| | | LICENSEE POST CODE: 11213 | | | | |

**REMARKS:**
955737 05/02/2016 17:22 : ABOVE PROPERTY VOUCHERING AS SAFE KEEPING REGARDING LICENSE #2013111449

| Date Of Incident | Penal Code/Description | Crime Classification | Related To | Receipt |
|---|---|---|---|---|
| 05/02/2016 | | | INTERNAL INVEST. | ACCEPTED |

| Prisoner(s) Name | D.O.B | Age | Address | Arrest No./Summons No.  NYSID No. |
|---|---|---|---|---|
| | | | | |

| Complaint No. | N/A |
|---|---|
| Related Comp No.(s) | N/A |
| Aided/Accident No.(s) | N/A |
| Related Invoice(s) | N/A |

 Invoice No. **3000660267**

Prisoner / Finder / Owner Copy
printed: 05/02/2016 20 19

PCD Storage No. —

Page No  1 of 4



NYPD **PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)



Invoice No. **3000660267**

| Approvals | Rank | Name | Tax No. | Command | Date | Time |
|-----------|------|------|---------|---------|------|------|
| Entered By | | | 955737 | **71ST PRECINCT** | 05/02/2016 | 17:06 |
| Invoicing Officer | | | 955737 | **71ST PRECINCT** | 05/02/2016 | 17:25 |
| Approved By | | | 946993 | **71ST PRECINCT** | 05/02/2016 | 17:38 |

Invoice No. **3000660267**

PCD Storage No. --

**Prisoner / Finder / Owner Copy**
printed: 05/02/2016 20:19

 **NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)

 Invoice No. **3000660267**

## NOTICE TO PERSONS FROM WHOM PROPERTY HAS BEEN REMOVED
### BY THE POLICE DEPARTMENT

The person from whose possession property was taken should retain and safeguard the invoice. The New York City Police Department can change the Invoice Category without further notice. In order to obtain the return of property, the claimant or a representative authorized by a notarized letter to claim the property will be required to submit, in person or by mail, the invoice and proper identification (one (1) government issued photo identification plus at least one (1) non-photo identification) to the office of the Property Clerk. A claimant demanding the return of property other than Arrest Evidence, DNA Evidence or Forfeiture does not require a District Attorney's Release and may make such demand whether or not criminal proceedings have been instituted and, if instituted, whether or not such proceedings have been terminated.

### ARREST EVIDENCE/DNA EVIDENCE/FORFEITURE

The property may be disposed of by the Property Clerk according to law, unless the claimant demands the property no later than 120 days after the termination of criminal proceedings. A claimant demanding the return of arrest evidence/DNA evidence/forfeiture from the Property Clerk should obtain, before making a demand, either a District Attorney's Release or a supervising District Attorney's statement refusing to grant a release. Presentation of either or both of these documents to the Property Clerk is NOT required for making a timely demand. If a demand for the property is made without a District Attorney's Release or a supervising District Attorney's statement, the claimant shall have 270 days from the date of demand to obtain a District Attorney's Release or a Supervising District Attorney's statement refusing to grant a release. If a release or a statement refusing to grant a release is not provided to the Property clerk within 270 days of the date of demand, the property may be disposed of according to law. If a claimant timely provides the Property clerk with a District Attorney's statement refusing to grant a release, the claimant must, when the District Attorney no longer needs the property, obtain and submit a District Attorney's Release to the Police Department, Forfeiture property may additionally require a Civil Enforcement Release prior to release.

### INVESTIGATORY/DNA INVESTIGATORY

Investigatory property is disposed of after one (1) year, unless otherwise requested by the investigating officer.

### DECEDENT'S PROPERTY

*LETTERS TESTAMENTARY* or *LETTERS OF ADMINISTRATION* obtained from the Surrogate Court of the decedent's county of residence are required for release.

### FOUND PROPERTY

Pursuant to law, found property will be held for the following periods of time (unless sooner delivered to owner):
   a. Property having a value of less than $100 --- 3 months
   b. Property having a value of $100 but less than $500 --- 6 months
   c. Property having a value of $500 but less than $5000 --- 1 year
   d. Property having a value of $5000 or more --- 3 years

### SAFEKEEPING

Property held for Safekeeping must be claimed within 120 days from the date it was invoiced. After 120 days, property will be disposed of as per applicable NYC Law. All firearms, rifles, and shotguns, invoiced for safekeeping must be reclaimed by the owner within one (1) year of the date of invoice. After the expiration of one (1) year, the firearm, rifle, or shotgun will be disposed of by the Property Clerk pursuant to law, without further notice.

### PEDDLER PROPERTY

Peddler property that is deemed trademark counterfeit, and classified found/abandoned property will be destroyed on intake. All other Peddler Property is held for a period of 90 days. A claimant that demands the return of his/her peddler property must obtain a letter from the NYPD Law department stating the property can be released and:
   a. A claimant that was issued an Environmental Control Board summons must obtain a decision and order sheet from ECB.
   b. A claimant that was issued a Criminal Court summons or was arrested must obtain a court disposition sheet in order to obtain his/her peddler property.

---

Please bring this receipt with you when you are notified to appear to claim the property. For information concerning property which you delivered to this Department, please call the Property Clerk's office in the borough in which the property was turned in.
The Property Clerk offices are located at:

| | | |
|---|---|---|
| **MANHATTAN** | 1 Police Plaza | 646-610-5906 |
| **BRONX** | 215 East 161 St. | 718-590-2806 |
| **BROOKLYN** | 11 Front Street | 718-624-5364 |
| **QUEENS** | 47-08 Austell Place | 718-433-2678 |
| **STATEN ISLAND** | 1 Edgewater Plaza | 718-876-8413 |
| **PEARSON PLACE WAREHOUSE** | 47-15 Pearson Place | 718-361-1021 |

*Bank Cards/Checks will only be issued between the hours of 9:00 AM and 2:30 PM*
If vehicle is involved, contact the following:
  **SPRINGFIELD GARDENS AUTO POUND**   174-20 North Boundary Road, Queens, NY   718-553-9555
For more information visit the Property Clerk Division's website:
http://www.nyc.gov/html/nypd/html/property_clerk/property_clerk.shtml

 Invoice No. **3000660267**

**Prisoner / Finder / Owner Copy**
printed: 05/02/2016 20:19

PCD Storage No. ⟷

Page No. **3 of 4**



NYPD **PETS** Sistema de Seguimiento De Propiedad y Evidencia
**Factura del Oficial de Propiedad**
PD 521-141(Rev.11/09)



No. de Factura **3000660267**

## AVISO A LAS PERSONAS CUYOS BIENES HAN SIDO CONFISCADOS POR EL DEPARTAMENTO DE POLICÍA

La persona a quien se le ha confiscado un bien debe guardar y proteger esta factura. El departamento de policía de la ciudad de Nueva York puede cambiar la categoría de esta factura sin previo aviso. Con el fin de obtener la devolución de bienes, se requerirá que el demandante o representante autorizado por una **carta notarizada**, presente, en persona, o por correo la factura y la **identificación apropiada** (una (1) identificación con foto expedida por el gobierno, además de por lo menos una (1) identificación sin foto) al Oficial de Propiedad. El demandante exigiendo la devolución de bienes que no sean pruebas de arresto, pruebas de ADN o decomiso, no necesita un Comunicado del Fiscal del Distrito y puede hacer esta demanda si se ha o no iniciado un proceso penal, y si se iniciaron, tales procedimientos han concluido.

## PRUEBA DE ARRESTO, PRUEBA DE ADN/ DECOMISO

El Oficial de Propiedad puede desechar la propiedad de acuerdo a la ley, a menos que el demandante exija la propiedad no más tarde de 120 días después de la culminación del proceso penal. El demandante exigiendo la devolución de pruebas de arresto, pruebas de ADN o decomiso del Oficial de Propiedad, debe obtener previamente un Comunicado del Fiscal del Distrito o una Declaración del Supervisor de la Fiscalía Distrital negándose a otorgar la entrega. Para hacer una demanda puntual, no se requiere la presentación de uno o ambos documentos al Oficial de Propiedad. Si la demanda de propiedad se hace sin un Comunicado del Fiscal del Distrito o una Declaración del Supervisor de la Fiscalía Distrital, el demandante tendrá 270 días a partir de la fecha que se hizo la demanda para obtener un Comunicado del Fiscal del Distrito o una Declaración del Supervisor de la Fiscalía Distrital negándose a otorgar la entrega. Si la comunicación o la declaración negándose a otorgar la entrega no son proporcionadas al Oficial de Propiedad dentro de 270 días a partir de la fecha que se hizo la demanda, la propiedad podrá ser destruida como lo estipula la ley. Si el demandante provee puntualmente al Oficial de Propiedad con un Comunicado del Fiscal del Distrito negándose a otorgar la entrega, y el fiscal del distrito ya no necesita de la propiedad; el demandante debe, obtener y proveer al departamento de policía con un Comunicado del Fiscal del Distrito; la propiedad decomisada puede que adicionalmente requiera de un Comunicado de Ejecución Civil, antes de ser entregada.

## INVESTIGACIÓN / INVESTIGACIÓN DE ADN

La Propiedad de Investigación se destruirá después de (1) un año, a menos que la solicite el oficial investigador.

## PROPIEDAD DEL DIFUNTO

Para la entrega de propiedad se requieren Cartas Testamentarias o Cartas de Administración obtenidas en el Tribunal Testamentario del condado de residencia del difunto.

## PROPIEDAD ENCONTRADA

De acuerdo a la ley, propiedad encontrada se retendrá por los siguientes periodos de tiempo (a menos que se le entregue anteriormente al propietario):
   a. Propiedad con un valor de menos de $100 — 3 meses
   b. Propiedad con un valor de $100 pero menos de $500 — 6 meses
   c. Propiedad con un valor de $500 pero menos de $5,000 — 1 año
   d. Propiedad con un valor de $5,000 o más — 3 años

## CUSTODIA

Propiedad retenida como Custodia debe reclamarse dentro de 120 días a partir de la fecha de facturación. Después de los 120 días, la propiedad se destruirá de acuerdo a la ley de NYC aplicable. Todas las armas de fuego, rifles y escopetas facturadas como para su custodia deben ser reclamadas por el propietario dentro de un (1) año a partir de la fecha de facturación. Después de un (1) año de vencimiento, el arma de fuego, rifle o escopeta serán destruidos por el Oficial de Propiedad de acuerdo a la ley, sin previo aviso.

## PROPIEDAD DE VENDEDOR AMBULANTE

La propiedad del vendedor ambulante que se considera de marca falsificada, y se clasifico como propiedad encontrada/abandonada será destruida al ingreso. Cualquier otra propiedad del vendedor ambulante se mantendrá por un periodo de 90 días. El demandante que exija la devolución de su propiedad de vendedor ambulante debe obtener una carta del Departamento Jurídico del NYPD estableciendo que la propiedad puede ser entregada, y:
   a. El demandante que haya recibido una citación de la Junta de Control Ambiental debe obtener una orden de pedido y decisión del ECB.
   b. El demandante que haya recibido una citación del tribunal criminal o ha sido arrestado, debe obtener una hoja de decisión del tribunal con el fin de obtener su propiedad de vendedor ambulante.

---

Por favor traiga este recibo con usted cuando sea notificado o presentarse a reclamar la propiedad. Para información relacionada a la propiedad que usted le entregó a este Departamento; por favor llame a la oficina del Oficial de Propiedad del distrito en la cual la propiedad fue entregada. La oficina del Oficial de Propiedad se encuentran en:

| | | |
|---|---|---|
| MANHATTAN | 1 Police Plaza | 646-610-5906 |
| BRONX | 215 East 161 St. | 718-590-2806 |
| BROOKLYN | 11 Front Street | 718-624-5364 |
| QUEENS | 47-08 Austell Place | 718-433-2678 |
| STATEN ISLAND | 1 Edgewater Plaza | 718-876-8413 |
| PEARSON PLACE WAREHOUSE | 47-15 Pearson Place | 718-361-1021 |

*Tarjetas bancarias / cheques solamente serán provedos durante las horas de 9:00 AM a 2:30 PM

Si un vehículo está implicado, contacte al siguiente:
   SPRINGFIELD GARDENS AUTO POUND   174-20 North Boundary Road, Queens, NY   718-553-9555

Para más información visite el sitio en la red de la División del Oficial de Propiedad al:
http://www.nyc.gov/html/nypd/html/property_clerk/property_clerk.shtml

No. de almacenamiento del PCD ~

No. de Factura **3000660267**

**Prisionero/ Hallador / Copia del Propietario**
Impreso: 05/02/2016 20:19

Página No. **4 of 4**

 **NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141 (Rev. 11/09)



Invoice No. **3000660272**

| Invoicing Command | | | | | | | Invoice Status |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **71ST PCT.** | | | | | | | **OPEN** |

| Invoice Date | Property Type | | | | | Property Category |
| --- | --- | --- | --- | --- | --- | --- |
| **05/02/2016** | **FIREARM** | | | | | **SAFEKEEPING** |

| Officers | Rank | Name | | Tax No. | Command | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Invoicing | | | | 955737 | 71ST PRECINCT | OCME, EU No. | |
| Arresting | | | | | | OCME, FB No. | |
| Investigating | | | | 931211 | IAB | Police Lab Evid. Ctrl No. | |
| Det Squad Supervisor | | | | | | Det Sqd. Case No. | N/A |
| CSU/ECT Processing | | | | | | CSU/ECT Run No. | N/A |

| Item | Total QTY | Article(s) | PETS No. | Pkg. QTY | Disposition |
| --- | --- | --- | --- | --- | --- |
| 1 | 1 | PISTOL | 1202680356 | 1 | |
| | | MAKE: GLOCK INC MODEL: 19 GEN3 CALIBER: 9MM | | | |
| | | FIREARM COLOR: BLACK SERIAL NO. EXISTS: YES | | | |
| | | SERIAL NO.: WCG025 LICENSE ACTIVE: NO | | | |
| | | LICENSEE FIRST NAME: YISSACHAR | | | |
| | | LICENSEE LAST NAME: SUGAR | | | |
| | | LICENSEE HOUSE NUMBER: 1334 | | | |
| | | LICENSEE STREET: CARROLL STREET | | | |
| | | LICENSEE CITY: BROOKLYN | | | |
| | | LICENSEE POST CODE: 11213 | | | |
| 2 | 1 | PISTOL | 1202680356 | 1 | |
| | | MAKE: GLOCK INC MODEL: 26 GEN3 CALIBER: 9MM | | | |
| | | FIREARM COLOR: BLACK SERIAL NO. EXISTS: YES | | | |
| | | SERIAL NO.: VND934 LICENSE ACTIVE: NO | | | |
| | | LICENSEE FIRST NAME: YISSACHAR | | | |
| | | LICENSEE LAST NAME: SUGAR | | | |
| | | LICENSEE HOUSE NUMBER: 1334 | | | |
| | | LICENSEE STREET: CARROLL STREET | | | |
| | | LICENSEE CITY: BROOKLYN | | | |
| | | LICENSEE POST CODE: 11213 | | | |

**REMARKS:**
955737 05/02/2016 17:41 : ABOVE PROPERTY VOUCHERING AS SAFE KEEPING REGARDING LICENSE #2013111449 # 2014001450

| Date Of Incident | Penal Code/Description | Crime Classification | Related To | | Receipt |
| --- | --- | --- | --- | --- | --- |
| 05/02/2016 | | | INTERNAL INVEST. | | ACCEPTED |

| Prisoner(s) Name | | D O B | Age | Address | | Arrest No./Summons No. /NYSID No. |
| --- | --- | --- | --- | --- | --- | --- |



Invoice No. **3000660272**

**Prisoner / Finder / Owner Copy**
printed: 05/02/2016 20:19

PCD Storage No. --

 

**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)

Invoice No. **3000660272**

| Complaint No | N/A |
| Related Comp No (s) | N/A |
| Aided/Accident No (s) | N/A |
| Related Invoice(s) | N/A |

| Approvals | Rank | Name | Tax No. | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | | | 955737 | 71ST PRECINCT | 05/02/2016 | 17:26 |
| Invoicing Officer | | | 955737 | 71ST PRECINCT | 05/02/2016 | 17:42 |
| Approved By | | | 946993 | 71ST PRECINCT | 05/02/2016 | 18:03 |

Invoice No. **3000660272**

Prisoner / Finder / Owner Copy
printed: 05/02/2016 20:19

PCD Storage No. --

Page No. 2 of 4



NYPD **PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)



Invoice No. **3000660272**

## NOTICE TO PERSONS FROM WHOM PROPERTY HAS BEEN REMOVED
### BY THE POLICE DEPARTMENT

The person from whose possession property was taken should retain and safeguard the invoice. The New York City Police Department can change the Invoice Category without further notice. In order to obtain the return of property, the claimant or a representative authorized by a notarized letter to claim the property will be required to submit, in person or by mail, the invoice and proper identification (one (1) government issued photo identification plus at least one (1) non-photo identification) to the office of the Property Clerk. A claimant demanding the return of property other than Arrest Evidence, DNA Evidence or Forfeiture does not require a District Attorney's Release and may make such demand whether or not criminal proceedings have been instituted and, if instituted, whether or not such proceedings have been terminated.

## ARREST EVIDENCE/DNA EVIDENCE/FORFEITURE

The property may be disposed of by the Property Clerk according to law, unless the claimant demands the property no later than 120 days after the termination of criminal proceedings. A claimant demanding the return of arrest evidence/DNA evidence/forfeiture from the Property Clerk should obtain, before making a demand, either a District Attorney's Release or a supervising District Attorney's statement refusing to grant a release. Presentation of either or both of these documents to the Property Clerk is NOT required for making a timely demand. If a demand for the property is made without a District Attorney's Release or a supervising District Attorney's statement, the claimant shall have 270 days from the date of demand to obtain a District Attorney's Release or a Supervising District Attorney's statement refusing to grant a release. If a release or a statement refusing to grant a release is not provided to the Property clerk within 270 days of the date of demand, the property may be disposed of according to law. If a claimant timely provides the Property clerk with a District Attorney's statement refusing to grant a release, the claimant must, when the District Attorney no longer needs the property, obtain and submit a District Attorney's Release to the Police Department. Forfeiture property may additionally require a Civil Enforcement Release prior to release.

## INVESTIGATORY/DNA INVESTIGATORY

Investigatory property is disposed of after one (1) year, unless otherwise requested by the investigating officer.

## DECEDENT'S PROPERTY

*LETTERS TESTAMENTARY* or *LETTERS OF ADMINISTRATION* obtained from the Surrogate Court of the decedent's county of residence are required for release.

## FOUND PROPERTY

Pursuant to law, found property will be held for the following periods of time (unless sooner delivered to owner):
a. Property having a value of less than $100 — 3 months
b. Property having a value of $100 but less than $500 — 6 months
c. Property having a value of $500 but less than $5000 — 1 year
d. Property having a value of $5000 or more — 3 years

## SAFEKEEPING

Property held for Safekeeping must be claimed within 120 days from the date it was invoiced. After 120 days, property will be disposed of as per applicable NYC Law. All firearms, rifles, and shotguns, invoiced for safekeeping must be reclaimed by the owner within one (1) year of the date of invoice. After the expiration of one (1) year, the firearm, rifle, or shotgun will be disposed of by the Property Clerk pursuant to law, without further notice.

## PEDDLER PROPERTY

Peddler property that is deemed trademark counterfeit, and classified found/abandoned property will be destroyed on intake. All other Peddler Property is held for a period of 90 days. A claimant that demands the return of his/her peddler property must obtain a letter from the NYPD Law department stating the property can be released and:
a. A claimant that was issued an Environmental Control Board summons must obtain a decision and order sheet from ECB.
b. A claimant that was issued a Criminal Court summons or was arrested must obtain a court disposition sheet in order to obtain his/her peddler property.

Please bring this receipt with you when you are notified to appear to claim the property. For information concerning property which you delivered to this Department, please call the Property Clerk's office in the borough in which the property was turned in.
The Property Clerk offices are located at:

| | | |
|---|---|---|
| **MANHATTAN** | 1 Police Plaza | 646-610-5906 |
| **BRONX** | 215 East 161 St. | 718-590-2806 |
| **BROOKLYN** | 11 Front Street | 718-624-5364 |
| **QUEENS** | 47-08 Austell Place | 718-433-2678 |
| **STATEN ISLAND** | 1 Edgewater Plaza | 718-876-8413 |
| **PEARSON PLACE WAREHOUSE** | 47-15 Pearson Place | 718-361-1021 |

*Bank Cards/Checks will only be issued between the hours of 9:00 AM and 2:30 PM

If vehicle is involved, contact the following:
**SPRINGFIELD GARDENS AUTO POUND**      174-20 North Boundary Road, Queens, NY      718-553-9555
For more information visit the Property Clerk Division's website:
http://www.nyc.gov/html/nypd/html/property_clerk/property_clerk.shtml



Invoice No. **3000660272**

**Prisoner / Finder / Owner Copy**
printed: 05/02/2016 20:19

PCD Storage No. --

Page No. **3** of **4**



**NYPD PETS** Sistema de Seguimiento De Propiedad y Evidencia
**Factura del Oficial de Propiedad**
PD 521-141(Rev.11/09)



No. de Factura **3000660272**

## AVISO A LAS PERSONAS CUYOS BIENES HAN SIDO CONFISCADOS POR EL DEPARTAMENTO DE POLICÍA

La persona a quien se le ha confiscado un bien debe guardar y proteger esta factura. El departamento de policía de la ciudad de Nueva York puede cambiar la categoría de esta factura sin previo aviso. Con el fin de obtener la devolución de bienes, se requerirá que el demandante o representante autorizado por una **carta notarizada**, presente, en persona, o por correo una (1) identificación con foto expedida por el gobierno, además de por lo menos una (1) identificación sin foto) al Oficial de Propiedad. El demandante exigiendo la devolución de bienes que no sean pruebas de arresto, pruebas de ADN o decomiso, no necesita un Comunicado del Fiscal del Distrito y puede hacer esta demanda si se ha o no iniciado un proceso penal, y si se iniciaron, tales procedimientos han concluido.

## PRUEBA DE ARRESTO, PRUEBA DE ADN/ DECOMISO

El Oficial de Propiedad puede desechar la propiedad de acuerdo a la ley, a menos que el demandante exija la propiedad no más tarde de 120 días después de la culminación del proceso penal. El demandante exigiendo la devolución de pruebas de arresto, pruebas de ADN o decomiso del Oficial de Propiedad, debe obtener previamente un Comunicado del Fiscal del Distrito o una Declaración del Supervisor de la Fiscalía Distrital negándose a otorgar la entrega. Para hacer una demanda puntual, no se requiere la presentación de uno o ambos documentos al Oficial de Propiedad. Si la demanda de propiedad se hace sin un Comunicado del Fiscal del Distrito o una Declaración del Supervisor de la Fiscalía Distrital, el demandante tendrá 270 días a partir de la fecha que se hizo la demanda para obtener un Comunicado del Fiscal del Distrito o una Declaración del Supervisor de la Fiscalía Distrital negándose a otorgar la entrega. Si la comunicación o la declaración negándose a otorgar la entrega no son proporcionadas al Oficial de Propiedad dentro de 270 días a partir de la fecha de la demanda, la propiedad podrá ser destruida como lo estipula la ley. Si el demandante provee puntualmente al Oficial de Propiedad con un Comunicado del Fiscal del Distrito negándose a otorgar la entrega, y el fiscal del distrito ya no necesita de la propiedad; el demandante debe, obtener y proveer al departamento de policía con un Comunicado del Fiscal del Distrito; la propiedad decomisada puede que adicionalmente requiera de un Comunicado de Ejecución Civil, antes de ser entregada.

## INVESTIGACIÓN / INVESTIGACIÓN DE ADN

La Propiedad de investigación se destruirá después de (1) un año, a menos que la solicite el oficial investigador.

## PROPIEDAD DEL DIFUNTO

Para la entrega de propiedad se requieren Cartas Testamentarias o Cartas de Administración obtenidas en el Tribunal Testamentario del condado de residencia del difunto.

## PROPIEDAD ENCONTRADA

De acuerdo a la ley, propiedad encontrada se retendrá por los siguientes periodos de tiempo (a menos que se le entregue anteriormente al propietario):
    a. Propiedad con un valor de menos de $100 — 3 meses
    b. Propiedad con un valor de $100 pero menos de $500 —6 meses
    c. Propiedad con un valor de $500 pero menos de $5,000 — 1 año
    d. Propiedad con un valor de $5,000 o más — 3 años

## CUSTODIA

Propiedad retenida como Custodia debe reclamarse dentro de 120 días a partir de la fecha de facturación. Después de los 120 días, la propiedad se destruirá de acuerdo a la ley de NYC aplicable. Todas las armas de fuego, rifles y escopetas facturadas como para su custodia deben ser reclamadas por el propietario dentro de un (1) año a partir de la fecha de facturación. Después de un (1) año de vencimiento, el arma de fuego, rifle o escopeta serán destruidos por el Oficial de Propiedad de acuerdo a la ley, sin previo aviso.

## PROPIEDAD DE VENDEDOR AMBULANTE

La propiedad del vendedor ambulante que se considera de marca falsificada, y se clasifica como propiedad encontrada/abandonada será destruida al ingreso. Cualquier otra propiedad del vendedor ambulante se mantendrá por un periodo de 90 días. El demandante que exija la devolución de su propiedad de vendedor ambulante debe obtener una carta del Departamento Jurídico del NYPD estableciendo que la propiedad puede ser entregada, y:
    a. El demandante que haya recibido una citación de la Junta de Control Ambiental debe obtener una orden de pedido y decisión del ECB.
    b. El demandante que haya recibido una citación del tribunal criminal o ha sido arrestado, debe obtener una hoja de decisión del tribunal con el fin de obtener su propiedad de vendedor ambulante.

---

Por favor traiga este recibo con usted cuando sea notificado a presentarse a reclamar la propiedad. Para información relacionada a la propiedad que usted le entregó a este Departamento; por favor llame a la oficina de Oficial de Propiedad del distrito en la cual la propiedad fue entregada. La oficina del Oficial de Propiedad se encuentran en:

| | | |
|---|---|---|
| MANHATTAN | 1 Police Plaza | 646-610-5906 |
| BRONX | 215 East 161 St. | 718-590-2806 |
| BROOKLYN | 11 Front Street | 718-624-5364 |
| QUEENS | 47-08 Austell Place | 718-433-2878 |
| STATEN ISLAND | 1 Edgewater Plaza | 718-876-8413 |
| PEARSON PLACE WAREHOUSE | 47-15 Pearson Place | 718-361-1021 |

*Tarjetas bancarias / cheques solamente serán proveídos durante las horas de 9:00 AM a 2:30 PM

Si un vehículo está implicado, contacte al siguiente:
**SPRINGFIELD GARDENS AUTO POUND**      174-20 North Boundary Road, Queens, NY      718-553-9555
Para más información visite el sitio en la red de la División del Oficial de Propiedad al:
http://www.nyc.gov/html/nypd/html/property_clerk/property_clerk.shtml

No. de almacenamiento del PCD →

No. de Factura **3000660272**

**Prisionero/ Hallador / Copia del Propietario**
Impreso: 05/02/2016 20:19

Página No. **4 of 4**



NYPD **PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)



Invoice No. **3000660278**

| Invoicing Command | | | | | | Invoice Status |
|---|---|---|---|---|---|---|
| **71ST PCT.** | | | | | | **OPEN** |

| Invoice Date | Property Type | | | | Property Category |
|---|---|---|---|---|---|
| **05/02/2016** | **FIREARM** | | | | **SAFEKEEPING** |

| Officers | Rank | Name | Tax No. | Command | | |
|---|---|---|---|---|---|---|
| Invoicing | | | 955737 | **71ST PRECINCT** | OCME. EU No. | |
| Arresting | | | | | OCME. FB No. | |
| Investigating | | | 931211 | **IAB** | Police Lab Evid. Ctrl. No. | |
| Det Squad Supervisor | | | | | Det Sqd. Case No. | **N/A** |
| CSU/ECT Processing | | | | | CSU/ECT Run No. | **N/A** |

| Item | Total QTY | Article(s) | PETS No | Pkg. QTY | Disposition |
|---|---|---|---|---|---|
| 1 | 1 | **PISTOL** <br> MAKE: SMITH & WESSON MODEL: M&P SHIELD <br> CALIBER: 9MM FIREARM COLOR: BLACK <br> SERIAL NO. EXISTS: YES SERIAL NO.: HRB6624 <br> LICENSE ACTIVE: NO <br> LICENSEE FIRST NAME: YISSACHAR <br> LICENSEE LAST NAME: SUGAR <br> LICENSEE HOUSE NUMBER: 1334 <br> LICENSEE STREET: CARROLL STREET <br> LICENSEE CITY: BROOKLYN <br> LICENSEE POST CODE: 11213 | 1202680344 | 1 | |
| 2 | 1 | **PISTOL** <br> MAKE: BERETTA MODEL: 96A1 CALIBER: .40 <br> FIREARM COLOR: BLACK SERIAL NO. EXISTS: YES <br> SERIAL NO.: A54158M LICENSE ACTIVE: NO <br> LICENSEE FIRST NAME: YISSACHAR <br> LICENSEE LAST NAME: SUGAR <br> LICENSEE HOUSE NUMBER: 1334 <br> LICENSEE STREET: CARROLL STREET <br> LICENSEE CITY: BROOKLYN <br> LICENSEE POST CODE: 11213 | 1202680344 | 1 | |

**REMARKS:**
955737 05/02/2016 17:56 : ABOVE PROPERTY VOUCHERING AS SAFE KEEPING REGARDING LICENSE #2013111449 # 2014001450

| Date Of Incident | Penal Code/Description | Crime Classification | Related To | Receipt |
|---|---|---|---|---|
| 05/02/2016 | | | **INTERNAL INVEST.** | **ACCEPTED** |

| Prisoner(s) Name | D.O.B | Age | Address | Arrest No./Summons No.  NYSID No. |
|---|---|---|---|---|



Invoice No. **3000660278**

**Prisoner / Finder / Owner Copy**
printed: 05/02/2016 20:18

PCD Storage No. --

Page No. 1 of 4



**NYPD PETS** PROPERTY and EVIDENCE
TRACKING SYSTEM
**Property Clerk Invoice**
PO 521-141(Rev. 11/09)



Invoice No **3000660278**

| Complaint No. | N/A |
| Related Comp No (s) | N/A |
| Aided/Accident No (s) | N/A |
| Related Invoice(s) | N/A |

| Approvals | Rank | Name | Tax No. | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | | | 955737 | 71ST PRECINCT | 05/02/2016 | 17:43 |
| Invoicing Officer | | | 955737 | 71ST PRECINCT | 05/02/2016 | 17:57 |
| Approved By | | | 946993 | 71ST PRECINCT | 05/02/2016 | 18:07 |

Invoice No. **3000660278**

Prisoner / Finder / Owner Copy
printed: 05/02/2016 20:18

PCD Storage No. --

Page No. 2 of 4



**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141 (Rev. 11/09)



Invoice No **3000660278**

## NOTICE TO PERSONS FROM WHOM PROPERTY HAS BEEN REMOVED
### BY THE POLICE DEPARTMENT

The person from whose possession property was taken should retain and safeguard the invoice. The New York City Police Department can change the Invoice Category without further notice. In order to obtain the return of property, the claimant or a representative authorized by a notarized letter to claim the property will be required to submit, in person or by mail, the invoice and proper evidence identification (one (1) government issued photo identification plus at least one (1) non-photo identification) to the office of the Property Clerk. A claimant demanding the return of property other than Arrest Evidence, DNA Evidence or Forfeiture does not require a District Attorney's Release and may make such demand whether or not criminal proceedings have been instituted and, if instituted, whether or not such proceedings have been terminated.

## ARREST EVIDENCE/DNA EVIDENCE/FORFEITURE

The property may be disposed of by the Property Clerk according to law, unless the claimant demands the property no later than 120 days after the termination of criminal proceedings. A claimant demanding the return of arrest evidence/DNA evidence/forfeiture from the Property Clerk should obtain, before making a demand, either a District Attorney's Release or a supervising District Attorney's statement refusing to grant a release. Presentation of either or both of these documents to the Property Clerk is NOT required for making a timely demand. If a demand for the property is made without a District Attorney's Release or a supervising District Attorney's statement, the claimant shall have 270 days from the date of demand to obtain a District Attorney's Release or a Supervising District Attorney's statement refusing to grant a release. If a release or a statement refusing to grant a release is not provided to the Property clerk within 270 days of the date of demand, the property may be disposed of according to law. If a claimant timely provides the Property clerk with a District Attorney's statement refusing to grant a release, the claimant must, when the District Attorney no longer needs the property, obtain and submit a District Attorney's Release to the Police Department, Forfeiture property may additionally require a Civil Enforcement Release prior to release.

## INVESTIGATORY/DNA INVESTIGATORY

Investigatory property is disposed of after one (1) year, unless otherwise requested by the investigating officer.

## DECEDENT'S PROPERTY

*LETTERS TESTAMENTARY* or *LETTERS OF ADMINISTRATION* obtained from the Surrogate Court of the decedent's county of residence are required for release.

## FOUND PROPERTY

Pursuant to law, found property will be held for the following periods of time (unless sooner delivered to owner):
   a. Property having a value of less than $100 --- 3 months
   b. Property having a value of $100 but less than $500 --- 6 months
   c. Property having a value of $500 but less than $5000 --- 1 year
   d. Property having a value of $5000 or more --- 3 years

## SAFEKEEPING

Property held for Safekeeping must be claimed within 120 days from the date it was invoiced. After 120 days, property will be disposed of as per applicable NYC Law. All firearms, rifles, and shotguns, invoiced for safekeeping must be reclaimed by the owner within one (1) year of the date of invoice. After the expiration of one (1) year, the firearm, rifle, or shotgun will be disposed of by the Property Clerk pursuant to law, without further notice.

## PEDDLER PROPERTY

Peddler property that is deemed trademark counterfeit, and classified found/abandoned property will be destroyed on intake. All other Peddler Property is held for a period of 90 days. A claimant that demands the return of his/her peddler property must obtain a letter from the NYPD Law department stating the property can be released and:
   a. A claimant that was issued an Environmental Control Board summons must obtain a decision and order sheet from ECB.
   b. A claimant that was issued a Criminal Court summons or was arrested must obtain a court disposition sheet in order to obtain his/her peddler property.

---

Please bring this receipt with you when you are notified to appear to claim the property. For information concerning property which you delivered to this Department, please call the Property Clerk's office in the borough in which the property was turned in.
The Property Clerk offices are located at:

| | | |
|---|---|---|
| **MANHATTAN** | 1 Police Plaza | 646-610-5906 |
| **BRONX** | 215 East 161 St. | 718-590-2806 |
| **BROOKLYN** | 11 Front Street | 718-624-5364 |
| **QUEENS** | 47-08 Austell Place | 718-433-2678 |
| **STATEN ISLAND** | 1 Edgewater Plaza | 718-876-8413 |
| **PEARSON PLACE WAREHOUSE** | 47-15 Pearson Place | 718-361-1021 |

*Bank Cards/Checks will only be issued between the hours of 9:00 AM and 2:30 PM
If vehicle is involved, contact the following:
   **SPRINGFIELD GARDENS AUTO POUND**    174-20 North Boundary Road, Queens, NY    718-553-9555
For more information visit the Property Clerk Division's website:
http://www.nyc.gov/html/nypd/html/property_clerk/property_clerk.shtml



Invoice No. **3000660278**

PCD Storage No. ---

### Prisoner / Finder / Owner Copy
printed: 05/02/2016 20:18

Page No. 3 of 4





**NYPD PETS** Sistema de Seguimiento De Propiedad y Evidencia

**Factura del Oficial de Propiedad**
PD 521-141(Rev.11/09)

No. de Factura **3000660278**

## AVISO A LAS PERSONAS CUYOS BIENES HAN SIDO CONFISCADOS POR EL DEPARTAMENTO DE POLICÍA

La persona a quien se le ha confiscado un bien debe guardar y proteger esta factura. El departamento de policía de la ciudad de Nueva York puede cambiar la categoría de esta factura sin previo aviso. Con el fin de obtener la devolución de bienes, se requerirá que el demandante o representante autorizado por una **carta notarizada**, presente, en persona, o por correo la factura y la **Identificación apropiada** (una (1) identificación con foto expedida por el gobierno, además de por lo menos una (1) identificación sin foto) al Oficial de Propiedad. El demandante exigiendo la devolución de bienes que no sean pruebas de arresto, pruebas de ADN o decomiso, no necesita un Comunicado del Fiscal del Distrito y puede hacer esta demanda si se ha o no iniciado un proceso penal, y si se iniciaron, tales procedimientos han concluido.

### PRUEBA DE ARRESTO, PRUEBA DE ADN/ DECOMISO

El Oficial de Propiedad puede desechar la propiedad de acuerdo a la ley,a menos que el demandante exija la propiedad no más tarde de 120 días después de la culminación del proceso penal. El demandante exigiendo la devolución de pruebas de arresto, pruebas de ADN o decomiso del Oficial de Propiedad, debe obtener previamente un Comunicado del Fiscal del Distrito o una Declaración del Supervisor de la Fiscalía Distrital negándose a otorgar la entrega. Para hacer una demanda puntual, no se requiere la presentación de uno o ambos documentos al Oficial de Propiedad. Si la demanda de propiedad se hace sin un Comunicado del Fiscal del Distrito o una Declaración del Supervisor de la Fiscalía Distrital, el demandante tendrá 270 días a partir de la fecha que se hizo la demanda para obtener un Comunicado del Fiscal del Distrito o una Declaración del Supervisor de la Fiscalía Distrital negándose a otorgar la entrega. Si la comunicación o la declaración negándose a otorgar la entrega no son proporcionadas al Oficial de Propiedad dentro de 270 días a partir de la fecha que se hizo la demanda, la propiedad podrá ser destruida como lo estipula la ley. Si el demandante provee puntualmente al Oficial de Propiedad con un Comunicado del Fiscal del Distrito negándose a otorgar la entrega, y el fiscal del distrito ya no necesita de la propiedad; el demandante debe, obtener y proveer al departamento de policía con un Comunicado del Fiscal del Distrito; la propiedad decomisada puede que adicionalmente requiera de un Comunicado de Ejecución Civil, antes de ser entregada.

### INVESTIGACIÓN / INVESTIGACIÓN DE ADN

La Propiedad de Investigación se destruirá después de (1) un año, a menos que la solicite el oficial investigador.

### PROPIEDAD DEL DIFUNTO

Para la entrega de propiedad se requieren Cartas Testamentarias o Cartas de Administración obtenidas en el Tribunal Testamentario del condado de residencia del difunto.

### PROPIEDAD ENCONTRADA

De acuerdo a la ley, propiedad encontrada se retendrá por los siguientes períodos de tiempo (a menos que se le entrego anteriormente al propietario):
   a. Propiedad con un valor de menos de $100 --- 3 meses
   b. Propiedad con un valor de $100 pero menos de $500 ---6 meses
   c. Propiedad con un valor de $500 pero menos de $5,000 --- 1 año
   d. Propiedad con un valor de $5,000 o más --- 3 años

### CUSTODIA

Propiedad retenida como Custodia debe reclamarse dentro de 120 días a partir de la fecha de facturación. Después de los 120 días, la propiedad se destruirá de acuerdo a la ley de NYC aplicable. Todas las armas de fuego, rifles y escopetas facturadas como para su custodia deben ser reclamadas por el propietario dentro de un (1) año a partir de la fecha de facturación. Después de un (1) año de vencimiento, el arma de fuego, rifle o escopeta serán destruidos por el Oficial de Propiedad de acuerdo a la ley, sin previo aviso.

### PROPIEDAD DE VENDEDOR AMBULANTE

La propiedad del vendedor ambulante que se considera de marca falsificada, y se clasifica como propiedad encontrada/abandonada será destruida al ingreso. Cualquier otra propiedad del vendedor ambulante se mantendrá por un periodo de 90 días. El demandante que exija la devolución de su propiedad de vendedor ambulante debe obtener una carta del Departamento Jurídico del NYPD estableciendo que la propiedad puede ser entregada, y:

   a. El demandante que haya recibido una citación de la Junta de Control Ambiental debe obtener una orden de pedido y decisión del ECB.
   b. El demandante que haya recibido una citación del tribunal criminal o ha sido arrestado, debe obtener una hoja de decisión del tribunal con el fin de obtener su propiedad de vendedor ambulante.

---

Por favor traiga este recibo con usted cuando sea notificado a presentarse a reclamar la propiedad. Para información relacionada a la propiedad que usted le entrego a este Departamento; por favor llame a la oficina del Oficial de Propiedad del distrito en la cual la propiedad fue entregada. La oficina del Oficial de Propiedad se encuentran en:

| | | |
|---|---|---|
| MANHATTAN | 1 Police Plaza | 646-610-5906 |
| BRONX | 215 East 161 St. | 718-590-2806 |
| BROOKLYN | 11 Front Street | 718-624-5364 |
| QUEENS | 47-08 Austell Place | 718-433-2678 |
| STATEN ISLAND | 1 Edgewater Plaza | 718-876-8413 |
| PEARSON PLACE WAREHOUSE | 47-15 Pearson Place | 718-361-1021 |

*Tarjetas bancarias / cheques solamente serán proveídos durante las horas de 9:00 AM a 2:30 PM

Si un vehículo está implicado, contacte al siguiente:
**SPRINGFIELD GARDENS AUTO POUND**   174-20 North Boundary Road, Queens, NY   718-553-9555



Para más información visite el sitio en la red de la División del Oficial de Propiedad al:
http://www.nyc.gov/html/nypd/html/property_clerk/property_clerk.shtml

No. de almacenamiento del PCD --

No. de Factura **3000660278**

## Prisionero/ Hallador / Copia del Propietario

Impreso. 05/02/2016 20.18

Pagina No. **4** of **4**

# WB WINNE BANTA
## WINNE BANTA BASRALIAN & KAHN, P.C.

*Counsellors at Law*

*Serving Our Clients Since 1922*

COURT PLAZA SOUTH – EAST WING
21 MAIN STREET, SUITE 101
P.O. BOX 647
HACKENSACK, NJ 07601-0647

TELEPHONE (201) 487-3800
FACSIMILE (201) 487-8529

www.winnebanta.com

*Overnight Delivery*

NEW YORK OFFICE
488 MADISON AVENUE, 17th FLOOR
SUITE 1700
NEW YORK, NEW YORK 10022
(212) 233-2122

May 2, 2016

JOSEPH L. BASRALIAN  +
ROBERT M. JACOBS
GARY S. REDISH  +
RICHARD R. KAHN  +
KENNETH K. LEHN  /
ROBERT J. KLEEBLATT
STANLEY TURITZ
ARTHUR I. GOLDBERG +
RONALD M. ABRAMSON
MARTIN J. DEVER, JR.  +  *
THOMAS J. CANGIALOSI, JR.  +
CAROLYN GERACI FROME
BRUCE R. ROSENBERG
RICHARD D. WOLLOCH  +
MICHAEL G. STINGONE  p
KHOREN BANDAZIAN  +
DENNIS G. HARRAKA  / x
JEFFREY L. LOVE  +

CHRISTINE R. SMITH
R.N. TENDAI RICHARDS
MARLA WOLFE TAUS +
DORIS BRANDSTATTER
IAN S. KLEEBLATT
THOMAS R. McCONNELL
ROMAN VACCARI p +
LORI A. JOHNSON
MICHAEL J. COHEN  +
ARIELLE GREENBAUM SAPOSH +
LINDA TOROSIAN +
ALLISON L. LEE  +  d m

ROBERT A. HETHERINGTON III (RET)
MATTHEW COHEN  + (RET)
WALTER G. WINNE (1889-1972)
HORACE F. BANTA (1895-1985)
BRUCE F. BANTA (1932-1983)

PETER G. BANTA  +
MARK E. LICHTBLAU  +
WILLIAM F. RUPP
ALICE B. NEWMAN + ■
FRANK J. FRANZINO, JR.  +
COUNSEL TO THE FIRM

/ CERTIFIED BY THE SUPREME COURT OF
   NEW JERSEY AS A CIVIL TRIAL ATTORNEY
+ MEMBER NEW YORK BAR ALSO
* MEMBER CONNECTICUT BAR ALSO
p MEMBER PENNSYLVANIA BAR ALSO
■ MEMBER FLORIDA BAR ALSO
d MEMBER WASHINGTON, D.C. BAR ALSO
m MEMBER MARYLAND BAR ALSO
x R. 1:40 QUALIFIED MEDIATOR

Email address:   mcohen@winnebanta.com
Direct Dial:      201-562-1088

New York Police Department
License Division – Incident Section
One Police Plaza, Room 110A
New York, New York 10038
Attn: Sergeant Matthew Sheehan

Re:   Yissachar Sugar
       Firearms License Suspension

Dear Sergeant Sheehan:

This firm represents Yissachar Sugar, who received the attached letter last Thursday. Mr. Sugar has since surrendered his firearms and licenses to the 71st Precinct for safekeeping. However, your correspondence raises more questions than it answers. It references only a single firearm license, when Mr. Sugar possesses three separate licenses (all of which have now been surrendered). The letter specifies only that Mr. Sugar's licenses are suspended "pending police investigation." However, the letter offers no further explanation and refers only cryptically to an "incident" in paragraph 4. Mr. Sugar has no knowledge of any "incident" that would give rise to the issuance of such a letter from your office. I have left two voice mail messages for you earlier today (at about 10:30 a.m. and 4:05 p.m.) requesting clarification, neither of which have been returned.

Finally, late this afternoon I spoke with Sergeant McLaughlin, of the Internal Affairs Division, who was attempting to locate Mr. Sugar at one of his store locations to confiscate his weapons and permits. She advised that Mr. Sugar is not, to her knowledge, the subject of an investigation, but could not provide more information, and said that I would need to speak with you directly. At present, Mr. Sugar lacks any substantive information as to the reason why your office issued the attached letter, the nature of the referenced police investigation and "incident," and, more broadly, the reason his weapons have been confiscated.

300417_1.docx        *NEW YORK*        *FLORIDA*

**WINNE BANTA**
WINNE BANTA BASRALIAN & KAHN, P.C.

Counsellors at Law

Sergeant Matthew Sheehan
May 2, 2016
Page 2

Kindly contact me as soon as possible to discuss the circumstances giving rise to the suspension of Mr. Sugar's licenses so that we may ascertain what additional steps need to be taken to ensure their prompt return.

Very truly yours,

Michael J. Cohen

Cc:     Yissachar Sugar



**POLICE DEPARTMENT**

License Division – Incident Section
One Police Plaza, Room 110A
New York, NY 10038

Date: 4/28/2016
License(s):
RS 0020149928

YISSACHAR SUGAR
1334 CARROLL STREET
BROOKLYN, NY 11213

Mr. SUGAR,

This letter is to advise you that your license is suspended for the following reason:
Pending police investigation

**YOU ARE HEREBY DIRECTED TO IMMEDIATELY:**

1. Surrender any and all firearms at your local Precinct pending the conclusion of the investigation of the above incident by the License Division.
2. Forward your license and/or permit to the License Division at the above address.
3. Forward a copy of the Property Clerk's Invoice showing surrender of the firearms to the License Division at the above address.
4. Forward a notarized letter to the License Division at the above address explaining the facts and circumstances surrounding your incident. If you would like to contest the interim suspension of your license, please include the reasons why your interim suspension should be lifted. Your letter will be considered in determining whether the interim suspension should be lifted, and will also be used in the License Division's investigation and its determination of whether to reinstate, suspend for a defined period or revoke your license.
5. Telephone and speak with the investigator named below who is assigned to your case.
6. If you were arrested, you must forward to the License Division at the above address proof that the criminal charges have been terminated (an original Certificate of Disposition from the court or a letter from the District Attorney declining prosecution). If applicable, you must also forward a Certificate of Relief from Disability.

The License Division will conduct an investigation into the facts and circumstances of the incident. The Commanding Officer of the License Division will make a determination as to whether your license, permit and/or Special Patrolman designation will be *continued*, *suspended for a defined period*, or *revoked* based upon the results of the investigation. You will be notified in writing of the results of that determination.

*The Investigator assigned to your case is Sergeant Matthew Sheehan* who can be reached at (718) 741-8438. During the course of your suspension you must immediately notify your investigator regarding any arrest or order of protection that involves you. Please note: all of your notification obligations continue during your suspension.

POSSESSION OF AN UNLICENSED FIREARM IS A CRIME. FAILURE TO IMMEDIATELY SURRENDER YOUR FIREARM(S) MAY RESULT IN YOUR ARREST, AND FAILURE TO COMPLY WITH ANY OF THE ABOVE-MENTIONED DIRECTIVES MAY RESULT IN PERMANENT REVOCATION OF YOUR LICENSE.

Authority,

Commanding Officer
License Division

COURTESY  •  PROFESSIONALISM  •  RESPECT
Website: http://nyc.gov/nypd

# WB WINNE BANTA
### WINNE BANTA BASRALIAN & KAHN, P.C.

Counsellors at Law

*Serving Our Clients Since 1922*

COURT PLAZA SOUTH – EAST WING
21 MAIN STREET, SUITE 101
P.O. BOX 647
HACKENSACK, NJ 07601-0647

TELEPHONE (201) 487-3800
FACSIMILE (201) 487-8529

**_Overnight Delivery_**

www.winnebanta.com

NEW YORK OFFICE
488 MADISON AVENUE, 17th FLOOR
SUITE 1700
NEW YORK, NEW YORK 10022
(212) 233-2122

May 17, 2016

JOSEPH L. BASRALIAN +
ROBERT M. JACOBS
GARY S. REDISH +
RICHARD R. KAHN +
KENNETH K. LEHN /
ROBERT J. KLEEBLATT
STANLEY TURITZ
ARTHUR I. GOLDBERG +
RONALD M. ABRAMSON
MARTIN J. DEVER, JR. + *
THOMAS J. CANGIALOSI, JR. +
CAROLYN GERACI FROME
BRUCE R. ROSENBERG
RICHARD D. WOLLOCH +
MICHAEL G. STINGONE ρ
KHOREN BANDAZIAN +
DENNIS G. HARRAKA / x
JEFFREY L. LOVE +

PETER G. BANTA +
MARK E. LICHTBLAU +
WILLIAM F. RUPP
ALICE B. NEWMAN + ■
FRANK J. FRANZINO, JR. +
COUNSEL TO THE FIRM

CHRISTINE R. SMITH
R.N. TENDAI RICHARDS
MARLA WOLFE TAUS +
DORIS BRANDSTATTER
IAN S. KLEEBLATT
THOMAS R. McCONNELL
ROMAN VACCARI ρ +
LORI A. JOHNSON
MICHAEL J. COHEN +
ARIELLE GREENBAUM SAPOSH +
LINDA TOROSIAN +
ALLISON L. LEE + d ɱ

ROBERT A. HETHERINGTON III (RET)
MATTHEW COHEN + (RET)
WALTER G. WINNE (1889-1972)
HORACE F. BANTA (1895-1985)
BRUCE F. BANTA (1932-1983)

/ CERTIFIED BY THE SUPREME COURT OF
   NEW JERSEY AS A CIVIL TRIAL ATTORNEY
+ MEMBER NEW YORK BAR ALSO
* MEMBER CONNECTICUT BAR ALSO
ρ MEMBER PENNSYLVANIA BAR ALSO
■ MEMBER FLORIDA BAR ALSO
d MEMBER WASHINGTON, D.C. BAR ALSO
ɱ MEMBER MARYLAND BAR ALSO
x R 1:40 QUALIFIED MEDIATOR

Email address:    mcohen@winnebanta.com
Direct Dial:    201-562-1088

New York Police Department
License Division – Incident Section
One Police Plaza, Room 110A
New York, New York 10038
Attn: Sergeant Matthew Sheehan

      **Re:**   **Yissachar Sugar**
           **Firearms License Suspension**

Dear Sergeant Sheehan:

     This firm represents Yissachar Sugar. I previously wrote to you on May 2, 2016. A copy of that letter is attached hereto. On May 2, 2016, Mr. Sugar surrendered his firearms and licenses to the 71st Precinct for safe keeping in accordance with the directive issued by the New York Police Department License Division – Incident Section on April 28, 2016. In my May 2nd letter, I raised a number of questions and inconsistencies in the April 28th directive, including that it references only a single firearm license when Mr. Sugar possesses multiple licenses (all of which have now been surrendered), and that the directive refers cryptically to an "incident" in paragraph 4 which is never fully explained. Mr. Sugar has no knowledge of any "incident" that would give rise to the issuance of such a directive from your office.

     Despite multiple voicemails and letters, I have not heard back from you with an explanation as to the circumstances giving rise to the suspension of Mr. Sugar's licenses. My client is entitled to that courtesy. Accordingly, please contact me as soon as possible to discuss the foregoing and, so that we may ascertain what additional steps need to be taken to ensure the prompt return of Mr. Sugar's licenses and firearms.

# WB WINNE BANTA
## WINNE BANTA BASRALIAN & KAHN, P.C.

Counsellors at Law

Sergeant Matthew Sheehan
May 2, 2016
Page 2

Thank you for your anticipated cooperation.

Very truly yours,

Michael J. Cohen

MJC/ft
Enclosure
cc:   Yissachar Sugar (w/enc.)



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.